**COLE SCHOTZ P.C.**
Michael D. Sirota
Felice R. Yudkin
Ryan T. Jareck
Mark Tsukerman
Rebecca W. Hollander
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393

*Proposed Counsel to the Debtor and*
*Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-13196 (SCC) |

**NOTICE OF COMMENCEMENT OF CHAPTER 11**
**CASE AND AGENDA FOR FIRST DAY HEARING**

**PLEASE TAKE NOTICE** that on **October 7, 2019**, George Washington Bridge Bus Station Development Venture LLC, as debtor and debtor in possession (the "**Debtor**"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**First Day Hearing**") has been scheduled for <u>**October 10, 2019 at 11:00 a.m. (Prevailing Eastern Time)**</u> **before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 623, New York, New York 10004.**

**PLEASE TAKE FURTHER NOTICE** that an agenda with respect to the First Day Hearing is set forth below. Copies of each pleading identified below can be viewed and/or

---

[1] The last four digits of the debtor's federal taxpayer identification number are 8685. The debtor's business address is 11890 Sunrise Valley Drive, Suite 554, Reston, VA 20191.

obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) contacting the Office of the Clerk of the Court at One Bowling Green, New York, New York 10004.  Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief requested may be presented at the First Day Hearing.

### HEARING AGENDA FOR OCTOBER 10, 2019 AT 11:00 A.M.

**I.    Introduction**

   Introduction – Cole Schotz P.C.

**II.    Motions to Be Heard at the First-Day Hearing**

   (a)    Debtor's Motion for Entry of an Order Extending the Debtor's Time to File Its Schedules of Assets and Liabilities and Statement of Financial Affairs [Docket No. 3];

   (b)    Debtor's Motion for Entry of Interim and Final Orders (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment; (II) Establishing Procedures for Resolving Objections by Utility Companies; and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 4];

   (c)    Debtor's Motion for Entry of Interim and Final Orders Authorizing it to (I) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (II) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Policies [Docket No. 5];

   (d)    Debtor's Motion for Entry of Interim and Final Orders Authorizing Debtor to Pay Pre-Petition Obligations to Certain Independent Contractors [Docket No. 6]; and

   (e)    Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing, (II) Authorizing the Debtor to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Invalidating Any Purported Prepetition Award of Attachment of Funds, (VI) Modifying the Automatic Stay, (VII) Scheduling a Final Hearing, and (VIII) Granting Related Relief [Docket No. 7].

**PLEASE TAKE FURTHER NOTICE** that the following documents have also been filed pursuant to the Local Bankruptcy Rules for the Southern District of New York or in connection with the relief requested:

(a)     Declaration of Bernard A. Katz in Support of Chapter 11 Petition and First Day Pleadings [Docket No. 2]; and

(b)     Declaration of Bernard A. Katz in Support of Motion for Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing, (II) Authorizing the Debtor to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 7-6].

Dated: October 7, 2019　　　　　　　　　　Respectfully Submitted,
       New York, New York

**COLE SCHOTZ P.C.**

By:   */s/ Michael D. Sirota*
    Michael D. Sirota
    Felice R. Yudkin
    Ryan T. Jareck
    Mark Tsukerman
    Rebecca W. Hollander
    1325 Avenue of the Americas, 19th Fl.
    New York, New York 10019
    Telephone: (212) 752-8000

*Proposed Counsel to the Debtor and Debtor in Possession*