**COLE SCHOTZ P.C.**
Michael D. Sirota
Felice R. Yudkin
Ryan T. Jareck
Mark Tsukerman
Rebecca W. Hollander
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393

*Proposed Counsel to the Debtor and
Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-13196 (SCC) |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON OCTOBER 30, 2019 AT 11:00 A.M. (EASTERN TIME)**

| | |
|---|---|
| Location of Hearing: | Honorable Shelley C. Chapman, Courtroom 623, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004. |
| Copies of Motions and Applications: | Copies of each pleading identified below can be viewed and/or obtained by accessing the Court's website at www.nysb.uscourts.gov, or by contacting the Office of the Clerk of the Court at the United States Bankruptcy Court for the Southern District of New York. |

---

[1] The last four digits of the debtor's federal taxpayer identification number are 8685.  The debtor's business address is 11890 Sunrise Valley Drive, Suite 554, Reston, VA 20191.

48036/0050-18015158v4

**UNCONTESTED MATTERS**

1. Motion (I) Authorizing the Debtor to Assume that Certain Lease with the Juan Pablo Duarte Foundation, and (II) Granting Related Relief [Docket No. 11].

    Objection Deadline:   October 23, 2019, at 4:00 p.m. (Eastern Time).

    Objection Filed:   None.

    Related Documents:   None.

    Status:   **The hearing on this matter is going forward on an uncontested basis.**

2. Debtor's Motion for Entry of an Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 28].

    Objection Deadline:   October 23, 2019, at 4:00 p.m. (Eastern Time).

    Objection Filed:   None.

    Related Documents:   None.

    Status:   **The hearing on this matter is going forward on an uncontested basis.**

3. Debtor's Motion for Entry of Interim and Final Orders Authorizing it to (I) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (II) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Policies [Docket No. 5].

    Objection Deadline:   October 23, 2019, at 4:00 p.m. (Eastern Time).

    Objection Filed:   None.

    Related Documents:   Interim Order Authorizing the Debtor to (I) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (II) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Policies [Docket No. 19].

    Status:   **The hearing on this matter is going forward on an uncontested basis.**

4.     Debtor's Motion for Entry of Interim and Final Orders Authorizing Debtor to Pay Pre-Petition Obligations to Certain Independent Contractors [Docket No. 6].

      Objection Deadline:    October 23, 2019, at 4:00 p.m. (Eastern Time).

      Objection Filed:    None.

      Related Documents:    Interim Order Authorizing Debtor to Pay Pre-Petition Obligations to Certain Independent Contractors [Docket No. 23].

                               Notice of Filing of Proposed Final Order Authorizing the Debtor to Pay Pre-Petition Obligations to Certain Independent Contractors [Docket 51].

      Status:    **The hearing on this matter is going forward on an uncontested basis.**

5.     Debtor's Motion for Entry of Interim and Final Orders (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment; (II) Establishing Procedures for Resolving Objections by Utility Companies; and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 4].

      Objection Deadline:    October 23, 2019, at 4:00 p.m. (Eastern Time).

      Objection Filed:    Objection of Consolidated Edison Company of New York, Inc. to Debtor's Motion for Entry of Interim and Final Orders (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment; (II) Establishing Procedures for Resolving Objections by Utility Companies; and (III) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Service [Docket No. 35].

                               Notice of Withdrawal of Consolidated Edison Company of New York, Inc. to Debtor's Motion for Entry of Interim and Final Orders (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment; (II) Establishing Procedures for Resolving Objections by Utility Companies; and (III) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Service [Docket No. 42].

      Related Documents:    Interim Order (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment; (II) Establishing Procedures for Resolving Objections by Utility Companies; and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 18].

    Status: **The hearing on this matter is going forward on an uncontested basis.**

## UNCONTESTED RETENTION MATTERS

6. Application to Employ Kreisberg & Maitland LLP as Special Landlord-Tenant Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 26].

    Objection Deadline: October 23, 2019, at 4:00 p.m. (Eastern Time).

    Objection Filed: None.

    Related Documents: Certificate of No Objection to Debtor's Applications to Retain and Employ (I) Kreisberg & Maitland LLP as Special Landlord-Tenant Counsel; (II) Houlihan Lokey Capital, Inc. as Investment Banker; and (III) Cole Schotz P.C. as Bankruptcy Counsel [Docket No. 39].

    Status: **The hearing on this matter is going forward on an uncontested basis.**

7. Application to Employ Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker *Nunc Pro Tunc* to the Petition Date [Docket No. 27].

    Objection Deadline: October 23, 2019, at 4:00 p.m. (Eastern Time).

    Objection Filed: None.

    Related Documents: Certificate of No Objection to Debtor's Applications to Retain and Employ (I) Kreisberg & Maitland LLP as Special Landlord-Tenant Counsel; (II) Houlihan Lokey Capital, Inc. as Investment Banker; and (III) Cole Schotz P.C. as Bankruptcy Counsel [Docket No. 39].

    Status: **The hearing on this matter is going forward on an uncontested basis.**

8. Application to Employ Cole Schotz P.C. as Counsel to the Debtor and Debtor in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 30].

    Objection Deadline: October 23, 2019, at 4:00 p.m. (Eastern Time).

    Objection Filed: None.

    Related Documents: Certificate of No Objection to Debtor's Applications to Retain and Employ (I) Kreisberg & Maitland LLP as Special Landlord-Tenant Counsel; (II) Houlihan Lokey Capital, Inc. as Investment Banker; and (III) Cole Schotz P.C. as Bankruptcy Counsel [Docket No. 39].

Status: **The hearing on this matter is going forward on an uncontested basis.**

**CONTESTED MATTERS**

9. Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing, (II) Authorizing the Debtor to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Invalidating Any Purported Prepetition Award of Attachment of Funds, (VI) Modifying the Automatic Stay, (VII) Scheduling a Final Hearing, and (VIII) Granting Related Relief [Docket No. 7];

   Objection Deadline: October 23, 2019, at 4:00 p.m. (Eastern Time).

   Objections Filed: Tutor Perini Building Corporation's Limited Objection to Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing, (II) Authorizing the Debtor to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Invalidating any Purported Prepetition Award of Attachment of Funds, (VI) Modifying the Automatic Stay, (VII) Scheduling a Final Hearing, and (VIII) Granting Related Relief [Docket No. 34]; and

   Objection of the United States Trustee in Connection with the Entry of a Final DIP Cash Collateral Order [Docket No. 38].

   Replies Filed: Reply of the Debtor to Tutor Perini Building Corporation's Limited Objection and the United States Trustee's Objection [Docket No. 41].

   Related Documents: Interim Order (I) Authorizing the Debtor to Obtain Post-Petition Financing, (II) Authorizing the Debtor to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Invalidating Any Purported Prepetition Award of Attachment of Funds, (VI) Modifying the Automatic Stay, (VII) Scheduling a Final Hearing, and (VIII) Granting Related Relief [Docket No. 22].

   Notice of Filing of Proposed Final Order (I) Authorizing Debtor to (A) Obtain Postpetition Senior Secured Financing, and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Granting Liens and Superpriority Claims, (IV) Granting Certain Relief as to Rent Proceeds, (V) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 44].

        DIP Lender and Senior Secured Lender's Joinder to Debtor's Reply to Objection of United States Trustee and Limited Objection of Tutor Perini Building Corp. and in Support Of Entry Of A Final Order Approving Postpetition Financing And Granting Adequate Protection [Docket No. 45].

Status:      **The hearing on this matter is going forward on a contested basis.**

Dated: October 28, 2019      Respectfully Submitted,
New York, New York

**COLE SCHOTZ P.C.**

By: */s/ Michael D. Sirota*
    Michael D. Sirota
    Felice R. Yudkin
    Ryan T. Jareck
    Mark Tsukerman
    Rebecca W. Hollander
    1325 Avenue of the Americas, 19th Fl.
    New York, New York 10019
    Telephone: (212) 752-8000

*Proposed Counsel to the Debtor and Debtor in Possession*