**COLE SCHOTZ P.C.**
Michael D. Sirota
Felice R. Yudkin
Ryan T. Jareck
Mark Tsukerman
Rebecca W. Hollander
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393

*Counsel to the Debtor and*
*Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC,[1]<br><br>Debtor. | Case No. 19-13196 (SCC) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMER REGARDING DEBTOR'S**
**SCHEDULES AND STATEMENTS**

The Schedules of Assets and Liabilities and Statement of Financial Affairs (the

"**Schedules and Statements**") filed by George Washington Bridge Bus Station Development

Venture LLC, the within debtor and debtor-in-possession (the "**Debtor**"), in the above-captioned

chapter 11 case, includes financial information that is unaudited and was prepared pursuant to

section 521 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and

Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") in

---

[1] The last four digits of the debtor's federal taxpayer identification number are 8685.  The debtor's business address is 626 South State Street, Newtown, Pennsylvania 18940.

conjunction with the Debtor's management and advisors.  Although the Debtor's management

has made reasonable efforts to file complete and accurate Schedules and Statements based upon

the information available to it at the time they were prepared, a variety of factors, including,

among other things, the complexity of the Debtor's business operations, make it such that the

Schedules and Statements remain subject to further revision and verification by the Debtor.  The

Debtor reserves the right to amend its Schedules and Statements from time to time as may be

necessary or appropriate.  These Global Notes and Statement of Limitations, Methodology, and

Disclaimer Regarding Debtor's Schedules and Statements (the "**Global Notes**") are incorporated

by reference in, and comprise an integral part of, the Schedules and Statements and should be

referred to and reviewed in connection with any review of the Schedules and Statements.

48036/0050-18029267v1

## INTRODUCTION

1.      <u>Bankruptcy Case</u>.  On October 7, 2019 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above captioned chapter 11 case in the United States Bankruptcy Court for the Southern District of New York.  The Debtor is operating its business and managing its property as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  As of the filing of these Global Notes, no request has been made for the appointment of a trustee or examiner.

2.      <u>Basis of Presentation</u>.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles, nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtor.

3.      <u>Amendment</u>.  While reasonable efforts were made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist.  The Debtor thus reserves the right to amend and/or supplement its Schedules and Statements from time to time as may be necessary or appropriate.

4.      <u>Recharacterization</u>.  The Debtor has made reasonable efforts to characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements correctly.  The Debtor may, however, have improperly characterized, classified, categorized, and/or designated certain items.  As such, the Debtor reserves all rights to recharacterize, reclassify, recategorize, and/or redesignate information reported in the Schedules and Statements at a later time, as necessary or appropriate, as additional information becomes available, including, but not limited to, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition.

48036/0050-18029267v1

5.     <u>Summary of Reporting Procedures</u>.  The following conventions were adopted by the Debtor in the preparation of the Schedules and Statements:

(i)          <u>Fair Market Value; Book Value</u>.  The Debtor's fiscal year ends December 31.  All asset information contained in the Statements and Schedules, except where otherwise noted, is as of the Petition Date.  The liability information, except where otherwise noted, is as of the Petition Date.  Unless otherwise noted, the Debtor has indicated cost values for assets as of the Petition Date in its Statements and Schedules.

(ii)          <u>Leases</u>.  The Debtor has not set forth executory contracts and unexpired leases as assets in their Schedules and Statements.  The Debtor's executory contracts and unexpired leases have been set forth in Schedule G (see below).

(iii)          <u>Contingent Assets</u>.  The Debtor may possess certain claims and causes of action against various parties, including contingent claims in the form of various avoidance actions they could commence under the Bankruptcy Code and other relevant nonbankruptcy laws.  The identity and amounts of those claims and causes of action, if any, are not yet known and, therefore, the Debtor reserves all rights with respect to any claims, causes of action, or avoidance actions.  Nothing contained in or omitted from these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion thereof.

(iv)          <u>Classifications</u>.  Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E as "priority," or (iii) on Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize, reclassify, recategorize, or redesignate such claim or contract.  In particular, the Debtor reserves the right to

48036/0050-18029267v1

amend the Schedules and Statements to recharacterize, reclassify, recategorize, and/or redesignate any such contract or claim.

(v)        <u>Disputed, Contingent, and Unliquidated Claims</u>: Schedules D, E, and F permit the Debtor to designate a claim as contingent, unliquidated, and/or disputed.  A failure to designate a claim on any of the Schedules as contingent, unliquidated, and/or disputed does not constitute an admission that such claim is not subject to objection.  The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules as to amount, liability or status.

[remainder of page left intentionally blank]

## SCHEDULES AND STATEMENTS

1.     Schedule A/B

(i)     Personal Property.  The Debtor reserves all rights to recharacterize,
reclassify, recategorize, and/or redesignate the asset holdings described on Schedule A/B at a
later time to the extent it later determines that such holdings were improperly reported.

2.     Claims Listed on Schedules D, E, and F.  The Debtor has sought to allocate
liabilities between the pre-petition and post-petition periods based on the information and
research that was conducted in connection with the preparation of the Schedules and Statements.
As additional information becomes available and further research is conducted, the allocation of
liabilities between pre-petition and post-petition periods may change.  The Debtor reserves all
rights to change the allocation of liabilities to the extent additional information becomes
available.  Additionally, pursuant to Bankruptcy Court orders (and as set forth in more detail
below), the Debtor has been granted authority to pay certain priority pre-petition obligations.
Accordingly, these liabilities have been or will be satisfied and may or may not be listed in the
Schedules and Statements.

3.     Schedule D.  The Debtor reserves all rights to dispute or challenge the validity,
perfection, or immunity from avoidance of any lien purported to be granted or perfected in any
specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtor may
have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to
dispute or challenge the secured nature of any such creditor's claim or the characterization of the
structure of any such transaction or any document or instrument related to such creditor's claim.
The descriptions provided in Schedule D are intended to be a summary only.  Reference to the
applicable loan agreements and related documents is necessary for a complete description of the
collateral and the nature, extent, and priority of any liens.  Nothing in the Global Notes or the

6

Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

4.      <u>Schedule E</u>. Taxes and fees may be due and owing as of the Petition Date.  As such, the Debtor has listed any and all taxing authorities that it has paid within one (1) year of the Petition Date with an "amount of claim" as "unknown."  The listing of any claim on Schedule E does not constitute an admission by the Debtor that such claim in fact exists and/or is entitled to priority treatment under Section 507 of the Bankruptcy Code.  The Debtor reserves all rights to dispute the priority status and amount of any claim on any basis.  Moreover, the listing of any tax claim on Schedule E is not an admission or designation by the Debtor that such claim in fact exists or should be allowed as a pre-petition tax claim.

5.      <u>Schedule F</u>.  Certain of the Debtor's critical independent contractors had pre-petition claims due to the timing of the Petition Date vis-a-vis the Debtor's pay periods.  On October 11, 2019, the Bankruptcy Court entered an Order granting the Debtor authority to pay certain pre-petition obligations in the ordinary course (the "**Independent Contractor Order**").  The Debtor subsequently made payments pursuant to the Independent Contractor Order.  In light of those payments, the Debtor believes that certain independent contractor claims for pre-petition amounts have been or will be satisfied in the ordinary course of business pursuant to the Independent Contractor Order.  As a result, certain pre-petition independent contractor claims have been listed on Schedule F as zero.

Separately, the claims comprising Schedule F may be categorized as follows:

(i)      <u>Trade claims</u>: The claims of individual creditors for, among other things, goods and services.  In the ordinary course of business, the Debtor disputes the amounts and usage of goods and services provided by its vendors.  As a result, the Debtor may possess certain

48036/0050-18029267v1

claims and causes of action against various vendors, including contingent claims in the form of counterclaims or setoffs.  For purposes of Schedule F, the Debtor has included the gross amount of the claim and reserves all rights with respect to any credits and allowances including the right to assert claims objections, counterclaims, and/or setoffs with respect to same.

        (ii)    <u>Claims of Counterparties to Leases and Executory Contracts</u>.  Schedule F may also reflect the pre-petition amounts owing to, among other things, counterparties to executory contracts and unexpired leases.  Schedule F does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected.

      6.    <u>Schedule G</u>.  While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may exist or have occurred.  The Debtor hereby reserves all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements which may not be listed thereon.  Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, rights of first refusal, rights to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth on Schedule G.  Certain of the executory contracts may not have been memorialized and could be subject to dispute.  Executory contracts that are oral in nature, if any, have been scheduled to the best of the Debtor's knowledge.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

48036/0050-18029267v1

7.      <u>Guaranties and Other Secondary Liability Claims.</u>  The Debtor has used its best

efforts to locate and identify guaranties and other secondary liability claims (the "**Guaranties**")

in its executory contracts, unexpired leases, secured financings, debt instruments, and other such

agreements.  Where such Guaranties have been identified, they have been included in the

relevant Schedule including, but not limited to, Schedules D, F, and H.  To the extent the Debtor

inadvertently omitted one of the Guaranties, the Debtor reserves all rights to amend the

Schedules to the extent that additional Guaranties are subsequently identified.  Additionally, the

Debtor reserves the right to amend the Schedules and Statements to recharacterize or reclassify

any such contract or claim.

8.      <u>Statement of Financial Affairs</u>

(i)            <u>Question 5</u>.  The Debtor's former attorneys, Stempel Bennett Claman &

Hochberg, P.C. ("**Stempel**"), obtained a $59,509.17 judgment against the Debtor secured by a

lien on certain of the Debtor's pre-petition bank accounts.  It appears that, on or around October

4, 2019, the Marshall for the City of New York removed $80,066.15 from one of the Debtor's

bank accounts in satisfaction of the Stempel judgment.  The liens on the Debtor's bank account

were then released.  The Debtor continues to investigate this series of transactions and reserves

all rights with respect thereto, including all rights to recharacterize, reclassify, recategorize,

and/or redesignate Stempel's pre-petition claim, if any.

9.      <u>Insiders.</u>  In the circumstances where the Schedules and Statements require

information regarding insiders and/or officers and directors, the Debtor has attempted to include

persons in similar positions, including persons in control and relatives and affiliates of the

Debtor, during the relevant period.  The listing of a party as an insider is not intended to be nor

should it be construed as a legal characterization of such party as an insider and does not act as

48036/0050-18029267v1

an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Parties have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities, functions, decision-making, corporate authority and/or as otherwise defined by applicable law, including, without limitation, federal securities laws, or with respect to any theories of liability or for any other purpose.

Dated:  November 4, 2019
        New York, New York

Respectfully Submitted,

**COLE SCHOTZ P.C.**

By:  */s/ Ryan T. Jareck*
     Michael D. Sirota
     Felice R. Yudkin
     Ryan T. Jareck
     Mark Tsukerman
     Rebecca W. Hollander
     1325 Avenue of the Americas, 19th Fl.
     New York, New York 10019
     Telephone: (212) 752-8000

     *Counsel to the Debtor and*
     *Debtor in Possession*

48036/0050-18029267v1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **19-13196** |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statements**

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **November  4, 2019** | X | *[signature]* |
|---|---|---|---|
| | | | Signature of individual signing on behalf of debtor |

**Bernard A. Katz**
Printed name

**Manager**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **19-13196** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................... $ **92,301,037.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................... $ **605,224.81**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................... $ **92,906,261.81**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ **82,049,843.74**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **51,858,339.16**

4. **Total liabilities** ............................................................................................
   Lines 2 + 3a + 3b                                                                                    $ **133,908,182.90**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **19-13196** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase** | **Checking** | **4410** | $113,584.00 |
| 3.2. | **JP Morgan Chase** | **Checking** | **2402** | $25.00 |
| 3.3. | **JP Morgan Chase** | **Savings** | **3591** | $283.00 |

4.    **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | **N/A** | | $0.00 |

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $113,892.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

Debtor    **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC**

Name

Case number *(If known)*    **19-13196**

---

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

7.1.    **ConEd Utility Deposits**                                                $31,810.00

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

8.1.    **N/A**                                                                         **$0.00**

---

9.    **Total of Part 2.**                                                         $31,810.00
       Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10.    **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **90,728.55** - **0.00** = ....    **$90,728.55**
                             face amount         doubtful or uncollectible accounts

11b. Over 90 days old:    **339,890.26** - **0.00** = ....    **$339,890.26**
                          face amount         doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                       $430,618.81
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1.

---

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                       % of ownership

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number *(If known)* **19-13196** |
|---|---|---|
| | Name | |

| Name of entity: | | % of ownership | | |
|---|---|---|---|---|
| 15.1. | | | % | |

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1.

**17.**    **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| **20.    Work in progress** | | | | |
| **21.    Finished goods, including goods held for resale** | | | | |
| **22.    Other inventory or supplies** | | | | |

**23.**    **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

**24.    Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Debtor    **GEORGE WASHINGTON BRIDGE BUS STATION**
          **DEVELOPMENT VENTURE LLC**                              Case number *(If known)*  **19-13196**
_____          _____
          Name

☐ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
    Add lines 28 through 32.  Copy the total to line 85.                                    _____

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number *(If known)* **19-13196** |
|---|---|---|
| | Name | |

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **2 Desks, Filing Cabinets, Chairs** | **$0.00** | Cost | **$3,000.00** |
| 40. | **Office fixtures** **Television** | **$0.00** | Cost | **$1,000.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **2 Computers** | **$0.00** | Cost | **$3,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.  **N/A** | **$0.00** | | **$0.00** |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$7,000.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1.  **N/A** | **$0.00** | | **$0.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number *(If known)* | **19-13196** |
|---|---|---|---|
| | Name | | |

| 48.1. | **N/A** | $0.00 | | $0.00 |
|---|---|---|---|---|

**49.** Aircraft and accessories

| 49.1. | **N/A** | $0.00 | | $0.00 |
|---|---|---|---|---|

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| **10 Electric Heaters** | $5,000.00 | Cost | $5,000.00 |
|---|---|---|---|

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$5,000.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| **Building** | 107,391,501.00 | $92,301,057.00 | Net book value | $92,301,037.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$92,301,037.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION** | Case number *(If known)* | **19-13196** |
|---|---|---|---|
| | **DEVELOPMENT VENTURE LLC** | | |
| | Name | | |

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| | | | |
| 61. **Internet domain names and websites** | | | |
| | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |
| | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **GEORGE WASHINGTON BRIDGE BUS STATION**
**DEVELOPMENT VENTURE LLC**
Name

Case number *(If known)*    **19-13196**

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.**   **Notes receivable**
Description (include name of obligor)

**N/A**     0.00 - 0.00 =
Total face amount     doubtful or uncollectible amount     **$0.00**

**72.**   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**N/A**     Tax year     **$0.00**

**73.**   **Interests in insurance policies or annuities**

**Workers Comp Credit Balance**     **$16,904.00**

**74.**   **Causes of action against third parties (whether or not a lawsuit**
**has been filed)**
**George Washington Bridge Bus Station Development**
**Venture, LLC v. Tutor Perini Building Corp. - American**
**Arbitration Association, Case No. 001-0002-7881**     **Unknown**
Nature of claim     **Breach of contract**
Amount requested     **$130,000,000.00**

**75.**   **Other contingent and unliquidated claims or causes of action of**
**every nature, including counterclaims of the debtor and rights to**
**set off claims**

**N/A**     **$0.00**
Nature of claim
Amount requested     **$0.00**

**76.**   **Trusts, equitable or future interests in property**

**N/A**     **$0.00**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

**NA**     **$0.00**

**78.**   **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.     **$16,904.00**

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **GEORGE WASHINGTON BRIDGE BUS STATION
DEVELOPMENT VENTURE LLC**                    Case number *(If known)*    **19-13196**
Name

■ No
☐ Yes

Debtor   **GEORGE WASHINGTON BRIDGE BUS STATION**
**DEVELOPMENT VENTURE LLC**
Name

Case number *(If known)* **19-13196**

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $113,892.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $31,810.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $430,618.81 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $92,301,037.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $16,904.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $605,224.81 + 91b. | $92,301,037.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $92,906,261.81 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **19-13196** |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Bank Direct Capital Finance, a division**<br>Creditor's Name<br>**of Texas Capital Bank, N.A.**<br>**150 North Field Drive - Suite 190**<br>**Lake Forest, IL 60045**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Lien on the Debtor's right, title and interest in the financed insurance policies** | $173,638.24 | $173,638.24 |
| | Describe the lien<br>**Lien on insurance policies.**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☑ No | | |
| **Date debt was incurred**<br>**6/1/2019**<br>**Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **GSNMF Sub-CDE 12 LLC**<br>Creditor's Name<br>**c/o GS New Markets Fund LLC**<br>**200 West Street**<br>**New York, NY 10282**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Lien on all or substantially all of the Debtor's assets.** | $5,000,000.00 | Unknown |
| | Describe the lien<br>**Second priority lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☑ No | | |
| **Date debt was incurred**<br>**12/26/2013**<br>**Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number (if know) | **19-13196** |
|---|---|---|---|
| | Name | | |

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **GWB Bus Station & Infrastructure** | | | |
|---|---|---|---|---|

Creditor's Name

**Development Fund, LLC Attn: George L. Olsen, Esq. 299 Broadway - Suite 1220 New York, NY 10007**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**7/20/2011**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Lien on substantially all of the Debtor's assets.**

                                                                $72,000,000.00    Unknown

**Describe the lien**
**Senior lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Joval Paint Corp.** | | $38,671.50 | $38,671.50 |
|---|---|---|---|---|

Creditor's Name

**88 Toledo Street Farmingdale, NY 11735**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Unknown**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Debtor's interest in leasehold estate.**

**Describe the lien**
**Mechanic's lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Long Island Concrete Inc.** | | $53,000.00 | $53,000.00 |
|---|---|---|---|---|

Creditor's Name

**215-10 Hempstead Avenue Queens Village, NY 11429**

**Describe debtor's property that is subject to a lien**
**Debtor's interest in leasehold estate.**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor  **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC**  Case number (if know)  **19-13196**

Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **Mechanic's lien** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **2/13/2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| | | | |
|---|---|---|---|
| **2.6** | **Upper Manhattan Empowerment Zone** | **Describe debtor's property that is subject to a lien** | **$4,784,534.00** | **Unknown** |
| | Creditor's Name | **Lien on all or substantially all of the Debtor's assets.** | | |
| | **Development Corp. - Blair Duncan** | | | |
| | **55 West 125th Street, 11th Floor** | | | |
| | **New York, NY 10027** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Third priority lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **2/27/2018** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$82,049,843.74**

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Akerman LLP** **666 Fifth Avenue - 20th FL** **New York, NY 10103** | Line **2.2** | |

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 4

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number (if know) | **19-13196** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **D'Agostino Levine Landesman & Lederman, LLP** <br> **345 Seventh Avenue - 23rd Floor** <br> **New York, NY 10001** | Line | **2.3** |
| **D'Agostino Levine Landesman & Lederman, LLP** <br> **345 Seventh Avenue - 23rd Floor** <br> **New York, NY 10001** | Line | **2.2** |
| **Dudley Ventures, LLC** <br> **Attn: Jacob Lewis** <br> **22 E. Jackson Street** <br> **Phoenix, AZ 85004** | Line | **2.2** |
| **DVCI CDE X111** <br> **22 East Jackson Street** <br> **Phoenix, AZ 85004** | Line | **2.2** |
| **GSNMF Sub-CDE 12 LLC** <br> **c/o Goldman Sachs Bank USA** <br> **200 West Street** <br> **New York, NY 10282-2198** | Line | **2.2** |
| **GWB Bus Station & Infrastructure Development Fund, LLC** <br> **99 Hudson Street - 15th Floor** <br> **New York, NY 10013** | Line | **2.3** |
| **GWB Bus Station & Infrastructure Development Fund, Phase II, LLC** <br> **Attn: George L. Olsen, Esq.** <br> **299 Broadway - Suite 1220** <br> **New York, NY 10007** | Line | **2.2** |
| **LIIF Sub-CDE XXVI LLC** <br> **100 Pine Street - Suite 1800** <br> **San Francisco, CA 94111** | Line | **2.2** |
| **New York City Regional Center** <br> **299 Broadway - Suite 1220** <br> **New York, NY 10007** | Line | **2.3** |
| **Venable LLP** <br> **1270 Avenue of the Americas - 24th FL** <br> **New York, NY 10020** | Line | **2.6** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **19-13196** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Delaware Secretary of State**<br>**Divisions of Corporations**<br>**401 Federal Street #4**<br>**Dover, DE 19901** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |
| 2.2 | Priority creditor's name and mailing address<br>**NYS Department of Tax and Finance**<br>**State Processing Center**<br>**PO Box 4148**<br>**Binghamton, NY 13902-4148** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                    **Amount of claim**

| Debtor | GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC | Case number (if known) | 19-13196 |
|---|---|---|---|
| | Name | | |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,934.70 |
|---|---|---|
| **Akerman LLP** **666 Fifth Avenue - 20th FL** **New York, NY 10103** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Professional services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Alain Perez** **22 Hartwell Street** **New Brunswick, NJ 08901** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Litigation - Pending** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|
| **Allied Printing & Graphics** **4 Madison Road** **Fairfield, NJ 07004** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188,475.00 |
|---|---|---|
| **American Arbitration Association** **1301 Atwood Avenue - Suite 211N** **Johnston, RI 02919** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,585.46 |
|---|---|---|
| **Angel Cardenas** **RCBS Media Group, LLC** **236 Fulton Avenue - Suite 214** **Hempstead, NY 11550** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Security deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,243.26 |
|---|---|---|
| **Annie Rodriguez** **FFC Accounting, Inc.** **5030 Broadway - Suite 711** **New York, NY 10034** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Security deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,103.00 |
|---|---|---|
| **Arent Fox LLP** **1717 K Street, NW** **Washington, DC 20006** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Professional services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number *(if known)* | **19-13196** |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address
**Atlantic Engineering**
**21 Randolph Avenue**
**Avenel, NJ 07001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,275.00**

---

**3.9** | Nonpriority creditor's name and mailing address
**Baker Tilly Virchow Krause, LLP**
**9097 Atlee Station Rd - Suite 200**
**Mechanicsville, VA 23116**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional services**

Is the claim subject to offset? ☐ No ☐ Yes

**$95,580.00**

---

**3.10** | Nonpriority creditor's name and mailing address
**Bel Palazzo/Liberty**
**Anthony DeRogatis**
**146 Park Avenue**
**Harrison, NY 10528**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**Boris Nemirovskiy**
**Vista Eyecare, PLLC**
**817-819 West 181st Street**
**New York, NY 10033**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$31,416.67**

---

**3.12** | Nonpriority creditor's name and mailing address
**Botsaris Morris Realty Group**
**358 Fifth Avenue - Suite 902**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional services**

Is the claim subject to offset? ■ No ☐ Yes

**$184,385.83**

---

**3.13** | Nonpriority creditor's name and mailing address
**C.A.R.E. Enterprises Inc.**
**PO Box 725**
**Bayport, NY 11705**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$59,329.62**

---

**3.14** | Nonpriority creditor's name and mailing address
**C2G International, LLC**
**27412 Aliso Creek Road**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25,342.50**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION** | | |
|---|---|---|---|
| | **DEVELOPMENT VENTURE LLC** | Case number (if known) | **19-13196** |
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Mahoney**
**c/o James E. Baker, Esq.**
**600 Old Country Road - Suite 505**
**Garden City, NY 11530**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation - Pending__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Colby Attorneys Service Co., Inc.**
**PO Box 737**
**Albany, NY 12201-0737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Professional services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,353.10** |
|---|---|---|---|

**Computerized Structural Design S.C.**
**8989 N. Port Washington Rd.**
**Milwaukee, WI 53217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,906.16** |
|---|---|---|---|

**Con Edison**
**JAF Station  PO Box 1702**
**New York, NY 10116-1702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Utility Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$203,831.53** |
|---|---|---|---|

**Construction Claims Group**
**240 Cedar Knolls Road - Suite 106**
**Cedar Knolls, NJ 07927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$189.90** |
|---|---|---|---|

**Corporation Service Company**
**PO Box 13397**
**Philadelphia, PA 19101-3397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85,000.00** |
|---|---|---|---|

**Daniel B. Katz & Associates, Corp.**
**920 Sylvan Avenue - Suite 220**
**Englewood Cliffs, NJ 07632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Professional services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number (if known) | **19-13196** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,294.20 |
|---|---|---|---|

**DavED Fire Systems, Inc.**
**307 West Pleasant View Avenue**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $427.63 |
|---|---|---|---|

**Deluxe Corporation**
**PO Box 64468**
**Saint Paul, MN 55164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Derek Wortham**
**5480 Broadway**
**Bronx, NY 10463**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation - Pending__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $459,633.56 |
|---|---|---|---|

**DTI**
**Dept 0250 - PO Box 120250**
**Dallas, TX 75312-0250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,125.00 |
|---|---|---|---|

**Elias Gurmu**
**Sarina Prabasi**
**Cafe Buunni, GWB Inc.**
**213 Pinehurst Avenue**
**New York, NY 10033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Security deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elite Facilities Consulting LLC**
**9 North Ferris Street**
**Irvington, NY 10533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Envirocon Financial Inc.**
**104 Brattle Circle**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | | Case number (if known) | **19-13196** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,901.10 |
|---|---|---|---|
| | **Facility Value Inc.**<br>**5030 Broadway - Suite 633**<br>**New York, NY 10034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322.50 |
|---|---|---|---|
| | **Foley & Lardner LLP**<br>**PO Box 1497**<br>**Madison, WI 53701-1497** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Professional services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,692.30 |
|---|---|---|---|
| | **Four One Equities LLC**<br>**33 Flying Point Road - Suite 124**<br>**Southampton, NY 11968** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578,846.94 |
|---|---|---|---|
| | **FTI Consulting, Inc.**<br>**PO Box 418005**<br>**Boston, MA 02241-8005** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Litigation - Pending__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|
| | **Gateway Newstands**<br>**c/o Tobmar International, Inc.**<br>**240 Chrislea Road, Woodbridge**<br>**Ontario, Canada L4L 8V1** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Security deposit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,730.00 |
|---|---|---|---|
| | **Globe Fence & Railings Inc.**<br>**121 Surrey Drive**<br>**New Rochelle, NY 10804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227,087.97 |
|---|---|---|---|
| | **Goldberg & Banks, PC**<br>**1829 Reisterstown Road - Suite 120**<br>**Pikesville, MD 21208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Professional services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number (if known) | **19-13196** |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,774.66** |
|---|---|---|---|

**Great American Financial Services**
PO Box 660831
TX 75256-0831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.08** |
|---|---|---|---|

**Greg the Iconic Look, LLC**
c/o Greg by Mildred Ortega
306 Greenview Drive
Lancaster, PA 17601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Security deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,065,000.00** |
|---|---|---|---|

**GSNMF Sub-CDE 12 LLC**
c/o Goldman Sachs Bank USA
200 West Street
New York, NY 10282-2198

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,084.37** |
|---|---|---|---|

**Guillermo Reyes**
Reyes Optica, Inc.
1571 St. Nicholas Avenue
New York, NY 10040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Security deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,000,000.00** |
|---|---|---|---|

**GWB Leverage Lender, LLC**
1930 Issac Newton Square West
- Suite 207
Reston, VA 20190

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,084.58** |
|---|---|---|---|

**GWB MarketPlace Management LLC**
33 Flying Point Rd. - Suite 124
Southampton, NY 11968

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$730.00** |
|---|---|---|---|

**HLP Associates, Inc.**
1200 G St., NW, Suite 800
Washington, DC 20005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number (if known) | **19-13196** |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,860.28** |
|---|---|---|---|

**Horsepower Electric**
**4101 1st Avenue**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,607.07** |
|---|---|---|---|

**Ingrid Amparo**
**GWB Juice Bar LLC**
**374 Wadsworth Avenue - Apt. 4F**
**New York, NY 10040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,400.00** |
|---|---|---|---|

**Inho Shin**
**In Beauty Supply**
**c/o Inho Beauty Inc.**
**1429 St. Nicholas Avenue**
**New York, NY 10033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jamal Green**
**22 Corral Drive**
**Amityville, NY 11701**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation - Pending**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$783.10** |
|---|---|---|---|

**Jorge Alex Peralta**
**Pick & Eat 3 Inc.**
**4211 Broadway**
**New York, NY 10033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,556.76** |
|---|---|---|---|

**Jose A. Galeas**
**The Cafe at 178th LLC**
**686 Bronx River Road - No. 5G**
**Yonkers, NY 10704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,220.00** |
|---|---|---|---|

**KONE Inc.**
**PO Box 7247**
**Philadelphia, PA 19170-6082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number (if known) | **19-13196** |
|---|---|---|---|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kreisberg & Maitland LLP**
**75 Maiden Lane**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Professional services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,268.38** |
|---|---|---|---|

**KS Engineers, P.C.**
**494 Broad Street - 4th Floor**
**Newark, NJ 07102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lee Williams**
**c/o Law Offices of Michael S. Lamonsoff, PLLC**
**Financial Square - 32 Old Slip, 8th FL**
**New York, NY 10005**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation  - Pending__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,788.75** |
|---|---|---|---|

**Lyle Charles Consulting, Inc.**
**107 North Roberta Avenue**
**Dothan, AL 36303-3804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mario Ayars**
**409 South Queen Street**
**Lancaster, PA 17603**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation - Pending__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,321.49** |
|---|---|---|---|

**Matrix New World Engineering, Inc.**
**26 Columbia Turnpike**
**Florham Park, NJ 07932**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.16** |
|---|---|---|---|

**Michael Garchik**
**2412 North Ardmore Avenue**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number (if known) | **19-13196** |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Miguel A. Rey**
**12 Greystone Terrace**
**Yonkers, NY 10701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** |
|---|---|---|---|

**Miranda International Inc.**
**509 Madison Avenue, Lower Level**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Security deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,229.05** |
|---|---|---|---|

**MNG 178th, LLC**
**3815 Orloff Avenue**
**Bronx, NY 10463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Security deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,080.00** |
|---|---|---|---|

**Natalia Bartmann**
**460 NE 28th Street - Apt 3407**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,950.00** |
|---|---|---|---|

**Nautilus Consulting, LLC**
**6800 Jericho Turnpike - Suite 216E**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Professional services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,409.94** |
|---|---|---|---|

**Nayla Mejia**
**Lulu's and Angie's Pastries, LLC**
**275 West 238th Street**
**Bronx, NY 10463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Security deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260.00** |
|---|---|---|---|

**NRAI, Inc.**
**PO Box 4349**
**Carol Stream, IL 60197-4349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number (if known) | **19-13196** |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Paradocs Motion Support Inc.**
**300 Cookman Avenue - Unit 203**
**Asbury Park, NJ 07712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,090.57** |
|---|---|---|---|

**Peckar & Abramson, P.C.**
**70 Grand Avenue**
**River Edge, NJ 07661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,984.64** |
|---|---|---|---|

**Pizza Palace**
**121 Dyckman Street**
**New York, NY 10034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141,500.00** |
|---|---|---|---|

**Port Authority of NY & NJ**
**PO Box 95000**
**Philadelphia, PA 19195-1517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,055.63** |
|---|---|---|---|

**Qiana Aviles**
**Nail Lounge GWB LLC**
**4752 Broadway**
**New York, NY 10040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,297.92** |
|---|---|---|---|

**Raul Gil**
**Ticketro, LLC**
**5030 Broadway - Suite 675**
**New York, NY 10034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,120.09** |
|---|---|---|---|

**Rimkus New York, PLLC**
**Rockwood Four Office Ctr**
**25 Rockwood Place - Ste 200**
**Englewood, NJ 07631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number (if known) | **19-13196** |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,111.26** |
|---|---|---|---|

**Rubino & Company**
6903 Rockledge Drive - Suite 1200
Bethesda, MD 20817-1818

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,010.18** |
|---|---|---|---|

**SBLM Architects, PC**
545 West 45th Street, 4th Floor
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,951.07** |
|---|---|---|---|

**Security Usa, Inc.**
336 West 37th Street - Suite 450
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112,093.38** |
|---|---|---|---|

**Sills Cummis & Gross P.C.**
One Riverfront Plaza
Newark, NJ 07102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Professional services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,275.66** |
|---|---|---|---|

**Simpson Gumpertz & Heger Inc.**
480 Totten Pond Road
Waltham, MA 02451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,005.56** |
|---|---|---|---|

**Sirina Fire Protection Corp.**
151 Herricks Road
New Hyde Park, NY 11040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,304.30** |
|---|---|---|---|

**SiteLogistix**
2 Tower Place
Albany, NY 12203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number (if known) | **19-13196** |
|---|---|---|---|
| | Name | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$898,682.32** |
|---|---|---|---|

**SJM Partners, Inc.**
**11890 Sunrise Valley Drive - Suite 554**
**Reston, VA 20191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164.45** |
|---|---|---|---|

**Spectrum Business**
**PO Box 11820**
**Newark, NJ 07101-8120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |
|---|---|---|---|

**SRS Real Estate Partners-Northeast, LLC**
**366 Madison Avenue - 5th Floor**
**New York, NY 10017**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Litigation - Pending**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$418,595.40** |
|---|---|---|---|

**STV Incorporated**
**205 West Walsh Drive**
**Douglassville, PA 19518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,982.19** |
|---|---|---|---|

**TechClean Industries LTD**
**145 Comac Street**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Cafe at 178th LLC**
**686 Bronx River Road - No. 5G**
**Yonkers, NY 10704**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Litigation - Pending**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Metro Group Inc.**
**50-23 23rd Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION** | | Case number *(if known)* | **19-13196** |
|---|---|---|---|---|
| | **DEVELOPMENT VENTURE LLC** | | | |
| | Name | | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|
| | **The Mirram Group, LLC**<br>**5030 Broadway - Suite 807**<br>**New York, NY 10034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,634.02 |
|---|---|---|---|
| | **TRC Companies Inc.**<br>**PO Box 536282**<br>**Pittsburgh, PA 15253-5904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,756.48 |
|---|---|---|---|
| | **Troutman Sanders LLP**<br>**PO Box 933652**<br>**Atlanta, GA 31193-3652** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Professional services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,000,000.00 |
|---|---|---|---|
| | **Tutor Perini Building Corporation**<br>**1600 Arch Street, #300**<br>**Philadelphia, PA 19103** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Arbitration - Pending__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,928.85 |
|---|---|---|---|
| | **Veritext New York Reporting Co.**<br>**330 Old Country Road - Suite 300**<br>**Mineola, NY 11501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,382.57 |
|---|---|---|---|
| | **Victor Sidberry**<br>**GWB 4971 d/b/a VS Berry**<br>**730 East 165th Street**<br>**Bronx, NY 10456** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Security deposit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,231.99 |
|---|---|---|---|
| | **William Miranda**<br>**Yury Bachayev**<br>**Cobbler & Shine 4211 GWB, LLC**<br>**PO Box 671089**<br>**Flushing, NY 11367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Security deposit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number *(if known)* | **19-13196** |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,727.50** |
|---|---|---|---|

**WJE Engineers & Architects, P.C.**
**PO Box 204645**
**Dallas, TX 75320-4645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$945,781.53** |
|---|---|---|---|

**Zetlin & DeChiara LLP**
**801 Second Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:     List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adam M. Hurwitz, Esq.**<br>**The Perecman Firm, P.L.L.C.**<br>**250 West 57th Street - Suite 401**<br>**New York, NY 10107** | Line  **3.54**<br><br>☐ Not listed. Explain | _ |
| 4.2 | **Annie Rodriguez**<br>**94 West Prospect Street**<br>**Nanuet, NY 10954** | Line  **3.6**<br><br>☐ Not listed. Explain | _ |
| 4.3 | **David L. Feld, Esq.**<br>**The Feld Law Firm P.C.**<br>**600 Mamaroneck Avenue - Suite 400**<br>**Harrison, NY 10528** | Line  **3.46**<br><br>☐ Not listed. Explain | _ |
| 4.4 | **Eugene Orloff**<br>**c/o Vista Eyecare, PLLC**<br>**817-819 West 181st Street**<br>**New York, NY 10033** | Line  **3.11**<br><br>☐ Not listed. Explain | _ |
| 4.5 | **Furgang & Adwar, LLP**<br>**515 Madison Avenue - Suite 6W**<br>**New York, NY 10021** | Line  **3.83**<br><br>☐ Not listed. Explain | _ |
| 4.6 | **Goldfarb & Fleece LLP**<br>**345 Park Avenue - 33 FL**<br>**New York, NY 10154** | Line  **3.78**<br><br>☐ Not listed. Explain | _ |
| 4.7 | **Guillermo Reyes**<br>**47 Van Buren Avenue**<br>**Teaneck, NJ 07666** | Line  **3.39**<br><br>☐ Not listed. Explain | _ |
| 4.8 | **GWB Juice Bar LLC**<br>**3363 Sedgwick Avenue - Apt. 2F**<br>**Bronx, NY 10463** | Line  **3.44**<br><br>☐ Not listed. Explain | _ |

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number (if known) | **19-13196** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | **Inho Shin**<br>**30 Jeffrey Lane**<br>**Great Neck, NY 11020** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Issac A. Gindi**<br>**1865 East 8th Avenue**<br>**Brooklyn, NY 11223** | Line **3.78**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Jorge Alex Peralta**<br>**15 Ceely Ct**<br>**Allendale, NJ 07401** | Line **3.47**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Jose A. Galeas**<br>**686 Bronx River Road, #5G**<br>**Yonkers, NY 10704** | Line **3.48**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Joseph E. Gorczyca, Esq.**<br>**Law Offices of Michael S. Lamonsoff PLLC**<br>**Financial Square - 32 Old Slip, 8th FL**<br>**New York, NY 10005** | Line **3.52**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **KONE Inc.**<br>**Metro New York**<br>**1384 Broadway, 21st Floor**<br>**New York, NY 10018** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Luiz Perez**<br>**275 West 238th Street - 5K**<br>**Bronx, NY 10463** | Line **3.44**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Michael Orloff**<br>**c/o Vista Eyecare, PLLC**<br>**817-819 West 181st Street**<br>**New York, NY 10033** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Nayla Mejia**<br>**3363 Sedgwick Avenue - Unit 2F**<br>**Bronx, NY 10463** | Line **3.44**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Nayla Mejia**<br>**3363 Sedgwick Avenue - Unit 2F**<br>**Bronx, NY 10463** | Line **3.62**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Pepper Hamilton LLP**<br>**3000 TWO LOGAN SQUARE**<br>**Philadelphia, PA 19103-2799** | Line **3.88**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Port Authority of NY & NJ**<br>**225 Park Avenue South - 15 Floor**<br>**New York, NY 10003** | Line **3.67**<br>☐ Not listed. Explain ____ | _ |

| Debtor | GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC | | Case number *(if known)* | 19-13196 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| **4.21** **Port Authority of NY & NJ** **225 Park Avenue South - 15 Floor** **Attn: Amy Fisher, Esq.** **New York, NY 10003** | Line **3.67** ☐ Not listed. Explain ____ | _ |
| **4.22** **Raul Gil** **475 North Avenue** **Fort Lee, NJ 07024** | Line **3.69** ☐ Not listed. Explain ____ | _ |
| **4.23** **Simpson Gumpertz & Heger Inc.** **PO Box 843476** **Boston, MA 02284-3476** | Line **3.75** ☐ Not listed. Explain ____ | _ |
| **4.24** **Skadden, Arps, Slate, Meagher & Flom LLP** **4 Times Square** **Attn: Christine Okike, Esq.** **New York, NY 10036** | Line **3.67** ☐ Not listed. Explain ____ | _ |
| **4.25** **Stefano A. Filippazzo, Esq.** **Stefano A. Filippazzo, P.C.** **16 Court Street - 28th FL.** **Brooklyn, NY 11241** | Line **3.24** ☐ Not listed. Explain ____ | _ |
| **4.26** **The Perecman Firm, PLLC** **250 West 57th Street - Suite 401** **New York, NY 10107** | Line **3.2** ☐ Not listed. Explain ____ | _ |
| **4.27** **Vladimir Dvoretsky** **c/o Vista Eyecare, PLLC** **817-819 181st Street** **New York, NY 10033** | Line **3.11** ☐ Not listed. Explain ____ | _ |
| **4.28** **William Miranda** **120 Union Street** **Mineola, NY 11501** | Line **3.91** ☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 51,858,339.16 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 51,858,339.16 |

| **Fill in this information to identify the case:** |
|---|
| Debtor name  **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** |
| United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known)  **19-13196** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Premium Financing Agreement** | |
| | State the term remaining | | **Bank Direct Capital Finance, a division of Texas Capital Bank, N.A. 150 North Field Drive - Suite 190 Lake Forest, IL 60045** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Subtenant Lease** | |
| | State the term remaining | | **Blink Broadway Marketplace, Inc. d/b/a Blink Fitness c/o Equinox Holdings, Inc. 895 Broadway - 3rd FL New York, NY 10003** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Subtenant Lease** | |
| | State the term remaining | | **Cafe Buunni, GWB Inc. 213 Pinehurst Avenue New York, NY 10033** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Subtenant Lease** | |
| | State the term remaining | | **Citibank, N.A. 4201 Broadway - Space #E 1.4 New York, NY 10033** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC | | Case number *(if known)* | 19-13196 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Subtenant Lease**

State the term remaining

List the contract number of any government contract

Cobbler & Shine 4211 GWB, LLC
PO Box 671089
Flushing, NY 11367

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**Fire Preventive Maintenance Agreement**

State the term remaining

List the contract number of any government contract

DavED Fire Systems, Inc.
307 West Pleasant View Avenue
Hackensack, NJ 07601

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Subtenant Lease**

State the term remaining

List the contract number of any government contract

FFC Accounting, Inc.
5030 Broadway - Suite 711
New York, NY 10034

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Insurance Policy - Excess Liability**

State the term remaining

List the contract number of any government contract

Fireman's Fund Insurance Company
AmWins Brokerage of New Jersey
Raritan Plaza
110 Fieldcrest Avenue
Edison, NJ 08837

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**Subtenant Lease**

State the term remaining

List the contract number of any government contract

First Financial Consulting Group
5030 Broadway - Suite 711
New York, NY 10034

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Subtenant Lease**

State the term remaining

Gateway Newstands
c/o Tobmar International, Inc.
240 Chrislea Road, Woodbridge
Ontario, Canada L4L 8V1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC | | Case number *(if known)* | 19-13196 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

---

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Subtenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Greg the Iconic Look, LLC**<br>**c/o Mildred Ortega**<br>**306 Greenview Drive**<br>**Lancaster, PA 17601** |

---

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Subtenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **GW&L Food Corp.**<br>**4211 Broadway**<br>**New York, NY 10033** |

---

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Subtenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **GWB 4971 d/b/a VS Berry**<br>**730 East 165th Street**<br>**Bronx, NY 10456** |

---

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Subtenant Lease/ Lease Assignment** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **GWB Juice Bar LLC**<br>**374 Wadsworth Avenue - Apt. 4F**<br>**New York, NY 10040** |

---

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **GWB Ninety-Nine, LLC**<br>**1 Shore Avenue - Unit 359**<br>**Oyster Bay, NY 11771** |

---

| Debtor 1 | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | | Case number *(if known)* | **19-13196** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| **2.16.** | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy - General Liability** | |
| | State the term remaining | | **Hiscox Insurance Company Inc.** |
| | List the contract number of any government contract | | **104 South Michigan Avenue - Suite 600** |
| | | | **Chicago, IL 60603** |

| **2.17.** | State what the contract or lease is for and the nature of the debtor's interest | **Elevator Advertising Agreement** | |
| | State the term remaining | | **Hispanic Indoor Media** |
| | List the contract number of any government contract | | **5547 Main Street** |
| | | | **Williamsville, NY 14221** |

| **2.18.** | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy - Excess Property** | |
| | State the term remaining | | **Homeland Insurance Company of Delaware** |
| | List the contract number of any government contract | | **CRC Swett** |
| | | | **1 Financial Sq - Suite 401** |
| | | | **New York, NY 10005** |

| **2.19.** | State what the contract or lease is for and the nature of the debtor's interest | **Subtenant Lease** | |
| | State the term remaining | | **In Beauty Supply** |
| | List the contract number of any government contract | | **c/o Inho Beauty Inc.** |
| | | | **1429 St. Nicholas Avenue** |
| | | | **New York, NY 10033** |

| **2.20.** | State what the contract or lease is for and the nature of the debtor's interest | **Subtenant Lease** | |
| | State the term remaining | | **Juan Pablo Duarte Foundation** |
| | List the contract number of any government contract | | **4211 Broadway - Suite 23A** |
| | | | **Attn: Laura Acosta** |
| | | | **New York, NY 10033** |

| **2.21.** | State what the contract or lease is for and the nature of the debtor's interest | **Elevator Maintenance Agreement** | |
| | State the term remaining | | **KONE Inc.** |
| | | | **Metro New York** |
| | | | **1384 Broadway, 21st Floor** |
| | | | **New York, NY 10018** |

| Debtor 1 | GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC | | Case number *(if known)* | 19-13196 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Subtenant Lease | |
|---|---|---|---|
| | State the term remaining | | Lerner New York, Inc. d/b/a New York & Company |
| | List the contract number of any government contract | | 330 West 34th Street - 6th FL New York, NY 10001 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Subtenant Lease | |
|---|---|---|---|
| | State the term remaining | | Lulu's and Angie's Pastries, LLC |
| | List the contract number of any government contract | | 275 West 238th Street Bronx, NY 10463 |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Subtenant Lease | |
|---|---|---|---|
| | State the term remaining | | Marshalls of MA, Inc. |
| | List the contract number of any government contract | | 770 Cochituate Road Framingham, MA 01701 |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Terrorism | |
|---|---|---|---|
| | State the term remaining | | Miller Insurance Services LLP |
| | List the contract number of any government contract | | 70 Mark Lane London EC3R 7NQ United Kingdom |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Lease Assignment | |
|---|---|---|---|
| | State the term remaining | | Miranda International Inc. |
| | List the contract number of any government contract | | 509 Madison Avenue, Lower Level New York, NY 10022 |

| Debtor 1 | GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC | | Case number (if known) | 19-13196 |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Subtenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nail Lounge GWB LLC**<br>**4752 Broadway**<br>**New York, NY 10040** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy - Excess Liability** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Navigators Insurance Company**<br>**AmWins Brokerage of New Jersey**<br>**Raritan Plaza**<br>**110 Fieldcrest Avenue**<br>**Edison, NJ 08837** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy - Excess Liability** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **North River Insurance Company**<br>**AmWins Brokerage of New Jersey**<br>**Raritan Plaza**<br>**110 Fieldcrest Ave**<br>**Edison, NJ 08837** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Subtenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **PNC Bank, National Association**<br>**c/o PNC Realty Service**<br>**Two PNC Plaza**<br>**620 Liberty Avenue - 19th FL**<br>**Pittsburgh, PA 15222-2401** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Port Authority of NY & NJ**<br>**PO Box 95000**<br>**Philadelphia, PA 19195-1517** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Subtenant Lease** |
|---|---|---|
| | State the term remaining | **RCBS Media Group, LLC**<br>**236 Fulton Avenue - Suite 214**<br>**Hempstead, NY 11550** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC | | Case number (if known) | 19-13196 |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Fire Prevention Contract | |
|---|---|---|---|
| | State the term remaining | | Sirina Fire Protection Corp. 151 Herricks Road New Hyde Park, NY 11040 |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Insurance Policy | |
|---|---|---|---|
| | State the term remaining | | Starr Surplus Lines Insurance Company 399 Park Avenue - 8th FL New York, NY 10022 |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Leased Premises - Professional Services Agreement, as subsequently amended | |
|---|---|---|---|
| | State the term remaining | | STV Incorporated 225 Park Avenue South - 5th Floor Attn: Thomas Anderson, Senior VP New York, NY 10003 |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Reserved Premises - Professional Services Agreement, as subsequently amended | |
|---|---|---|---|
| | State the term remaining | | STV Incorporated 225 Park Avenue South - 5th Floor Attn: Thomas Anderson, Senior VP New York, NY 10003 |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Subtenant Lease | |
|---|---|---|---|
| | State the term remaining | | The Gap, Inc. 2 Folsom Street San Francisco, CA 94105 |
| | List the contract number of any government contract | | |

| | |
|---|---|
| Debtor 1 | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** |
| | First Name     Middle Name     Last Name |

Case number *(if known)*    **19-13196**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest | **Water Treatment Contract** |
| State the term remaining | |
| List the contract number of any government contract | The Metro Group, Inc.<br>50-23 Twenty-Third Street<br>Long Island City, NY 11101 |
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest | **Subtenant Lease** |
| State the term remaining | |
| List the contract number of any government contract | Ticketro, LLC<br>5030 Broadway - Suite 675<br>New York, NY 10034 |
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest | **Subtenant Lease** |
| State the term remaining | |
| List the contract number of any government contract | Time Warner Cable New York City LLC<br>120 East 23rd Street<br>New York, NY 10010 |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement** |
| State the term remaining | |
| List the contract number of any government contract | Tutor Perini Building Corporation<br>1600 Arch Street, #300<br>Philadelphia, PA 19103 |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy - Terrorism** |
| State the term remaining | |
| List the contract number of any government contract | Underwriters Lloyds London(IL)<br>CRC Swett<br>32 Old Slip<br>New York, NY 10005 |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest | **General Liability Policy** |
| State the term remaining | Underwriters Lloyds London(IL)<br>CRC Swett<br>1 North Franklin - 14th FL<br>Chicago, IL 60606 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC | | Case number *(if known)* | **19-13196** |
|---|---|---|---|---|
| | First Name            Middle Name            Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Subtenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Vista Eyecare, PLLC** |
| | List the contract number of any government contract | | **817-819 West 181st Street**<br>**New York, NY 10033** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy - Excess Liability** | |
|---|---|---|---|
| | State the term remaining | | **Westchester Fire Insurance Company** |
| | List the contract number of any government contract | | **AmWins Brokerage of New Jersey**<br>**Raritan Plaza**<br>**110 Fieldcrest Ave**<br>**Edison, NJ 08837** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **19-13196** |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **GWB Development Partners LLC** | **c/o SJM Partners, Inc.**<br>**11890 Sunrise Valley Drive - Suite 554**<br>**Reston, VA 20191**<br>**Guarantor** | **Upper Manhattan Empowerment Zone** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Isaac A. Gindi** | **1865 East 8th Street**<br>**Brooklyn, NY 11223** | **Upper Manhattan Empowerment Zone** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **19-13196** |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2019** to **Filing Date** | ■ Operating a business ☐ Other _____ | $3,824,163.00 |
   | **For prior year:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | $3,179,504.00 |
   | **For year before that:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other _____ | $882,697.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2019** to **Filing Date** | **Interest** | $0.00 |
   | **For prior year:** From  **1/01/2018** to **12/31/2018** | **Interest** | $1,403.00 |
   | **For year before that:** From  **1/01/2017** to **12/31/2017** | **Interest** | $7,618.00 |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number *(if known)* **19-13196** |
|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Botsaris Morris Realty Group** **358 Fifth Avenue - Suite 902** **New York, NY 10001** | 7/9/2019 | $15,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Commisions** |
| 3.2. **Daniel B. Katz & Associates, Corp.** **920 Sylvan Avenue - Suite 220** **Englewood Cliffs, NJ 07632** | 7/9/2019 | $13,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Commissions** |
| 3.3. **Upper Manhattan Empowerment Zone Development Corp.** **920 Sylvan Avenue - Suite220** **Englewood Cliffs, NJ 07632** | 7/11/2019 | $47,219.76 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Con Edison** **JAF Station** **PO Box 1702** **New York, NY 10116-1702** | 7/10/2019 8/19/2019 9/15/2019 | $53,034.53 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Utility** |
| 3.5. **Security USA, Inc.** **336 West  37th Street - Suite 450** **New York, NY 10018** | 7/16/2019 8/5/2019 8/22/2019 9/4/2019 9/23/2019 | $62,210.30 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Fire Watch** |
| 3.6. **Facility Value Inc.** **5030 Broadway - Suite 633** **New York, NY 10034** | 7/16/2019 8/5/2019 9/4/2019 | $72,986.98 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Janitorial** |
| 3.7. **Miguel A. Rey** **12 Greystone Terrace** **Yonkers, NY 10701** | 7/19/2019 8/5/2019 8/20/2019 9/4/2019 9/20/2019 | $18,328.07 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Building Superintendent** |

Debtor **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC**                    Case number (if known) **19-13196**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.8. **Bel Palazzo**<br>**325 Homidge Road**<br>**Mamaroneck, NY 10543** | **7/19/2019**<br>**8/22/2019**<br>**9/4/2019** | **$16,540.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Punch List - Anthony DeRogatis** |
| 3.9. **Elite Facilities Consulting LLC**<br>**9 North Ferris Street**<br>**Irvington, NY 10533** | **7/19/2019**<br>**8/5/2019**<br>**8/20/2019**<br>**9/4/2019**<br>**9/20/2019** | **$35,416.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Building Engineer** |
| 3.10. **Envirocon Financial Inc.**<br>**104 Brattle Circle**<br>**Melville, NY 11747** | **7/19/2019**<br>**8/5/2019**<br>**8/20/2019**<br>**9/4/2019**<br>**9/20/2019** | **$29,396.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **CFO Services** |
| 3.11. **Bank Direct Capital Finance**<br>**PO Box 660448**<br>**Dallas, TX 75266-0448** | **8/2/2019**<br>**8/21/2019**<br>**9/18/2019** | **$90,838.57** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **BAK Advisors**<br>**626 South State St.**<br>**Newtown, PA 18940** | **8/5/2019**<br>**8/20/2019** | **$40,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Independent Member** |
| 3.13. **KONE Inc.**<br>**PO Box 7247**<br>**Philadelphia, PA 19170-6082** | **8/5/2019**<br>**8/22/2019**<br>**9/4/2019** | **$51,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Elevator/Escalator Service** |
| 3.14. **The Metro Group Inc.**<br>**50-23 23rd Street**<br>**Long Island City, NY 11101** | **8/9/2019**<br>**8/19/2019**<br>**9/4/2019** | **$7,861.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Water Treatment** |
| 3.15. **Sirina Fire Protection Corp.**<br>**151 Herricks Road**<br>**New Hyde Park, NY 11040** | **8/9/2019**<br>**8/19/2019** | **$8,625.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Fire Systems** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC | | Case number *(if known)* | **19-13196** |
| --- | --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.16. **Cole Schotz PC**<br>**Court Plaza North**<br>**25 Main Street**<br>**PO Box 800**<br>**Hackensack, NJ 07602-0800** | 10/4/2019 | $300,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retainer - Legal** |
| 3.17. **Houlihan Lokey Capital**<br>**111 South Wacker Drive - 37th Fl**<br>**Chicago, IL 60606** | 10/7/2019 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retainer - IB Services** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1. **Four One Equities LLC**<br>**33 Flying Point Road - Suite 124**<br>**Southampton, NY 11968** | 11/1/2018<br>11/29/2018<br>12/28/2018<br>2/1/2019<br>3/1/2019<br>4/1/2019<br>5/1/2019<br>5/31/2019<br>7/5/2019 | $82,499.91 | **Management Fees** |
| 4.2. **GWB Marketplace Management LLC**<br>**33 Flying Point Rd. - Suite 124**<br>**Southampton, NY 11968** | 11/1/2018<br>11/29/2018<br>12/28/2018<br>2/1/2019<br>3/1/2019<br>4/1/2019<br>5/1/2019<br>5/31/2019<br>7/5/2019 | $88,846.05 | **Management Fees** |
| 4.3. **Paul Slayton**<br>**1 Shore Avenue - Unit 359**<br>**Oyster Bay, NY 11771** | 5/31/2019 | $4,000.00 | **Expense Reimbursement** |
| 4.4. **Douglas Slayton**<br>**311 Mill Hill RD**<br>**Mill Neck, NY 11765** | 10/26/2018<br>3/31/2019<br>5/23/2019<br>6/25/2019<br>7/12/2019 | $811.33 | **Expense Reimbursement** |
| 4.5. **SJM Partners, Inc.**<br>**11890 Sunrise Valley Drive - Suite 554**<br>**Reston, VA 20191** | 12/31/2018<br>1/3/2019<br>1/25/2019<br>4/25/2019<br>5/31/2019 | $200,633.85 | **Shared personnel reimbursement - FC/AD** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC | Case number *(if known)* **19-13196** |
|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.6. **Stephen J. Garchik**<br>**c/o SJM Partners, Inc.**<br>**11890 Sunrise Valley Drive - Suite 554**<br>**Reston, VA 20191** | 6/6/2019 | $10,388.55 | **Contemporaneous Exchange (reimbursement) for payments made to Upper Manhattan Empowerment Zone Development Corp.** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Stempel Bennett Claman & Hochberg, P.C.**<br>**675 Third Avenue - 31st FL**<br>**New York, NY 10017** | **Cash** | **10/4/2019** | **$80,066.15** |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **George Washington Bridge Bus Station Development Venture, LLC v. Tutor Perini Building Corp.**<br>**001-0002-7881** | **Breach of contract** | **American Arbitration Association**<br>**1301 Atwood Avenue - Suite 211N**<br>**Johnston, RI 02919** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Tutor Perini Building Corp. George Washington Bridge Bus Station Development Venture, LLC, et al.**<br>**19-05344** | **Breach of contract** | **U.S. District Court for the Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Stempel Bennett Claman & Hochberg, P.C. v. George Washington Bridge Bus Station Development Venture, LLC**<br>**651809/2016** | **Non-payment of legal fees** | **Supreme Court, New York County**<br>**60 Centre Street**<br>**New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC**    Case number *(if known)* **19-13196**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. **Perez v. Port Authority of New York and New Jersey et al.** 154910/2018 | **Personal injury action under New York's labor law** | **Supreme Court, New York County 60 Centre Street New York, NY 10007** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. **George Washington Bridge Bus Station and Infrastructure Development Fund, LLC v. George Washington Bridge Bus Station Development Venture LLC et al.** 850155/2019 | **Foreclosure action** | **Supreme Court, New York County 60 Centre Street New York, NY 10007** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6. **SRS Real Estate Partners-Northeast, L.L.C. v. George Washington Bridge Bus Station Development Venture LLC** 653405/2019 | **Breach of contract** | **Supreme Court, New York County 60 Centre Street New York, NY 10007** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.7. **Green v. Port Authority of New York and New Jersey et al.** 153931/2017 | **Personal injury action under New York's labor law** | **Supreme Court, New York County 60 Centre Street New York, NY 10007** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.8. **Williams v. Port Authority of New York and New Jersey et al.** 154033/2017 | **Personal injury action under New York's labor law** | **Supreme Court, New York County 60 Centre Street New York, NY 10007** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.9. **Ayars v. Port Authority of New York and New Jersey et al.** 158178/2017 | **Personal injury action under New York's labor law** | **Supreme Court, New York County 60 Centre Street New York, NY 10007** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.10. **Wortham v. George Washington Bridge Bus Station Development Venture LLC** 159755/2018 | **Personal injury action under New York's labor law** | **Supreme Court, New York County 60 Centre Street New York, NY 10007** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.11. **Mahoney v. George Washington Bridge Bus Station Development Venture LLC et al.** 33198/2018E | **Personal injury action under New York's labor law** | **Supreme Court, Bronx County 851 Grand Concourse Bronx, NY 10451** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.12. **FTI Consulting, Inc. v. George Washington Bridge Bus Station Development Venture LLC** 655425/2019 | **Breach of contract** | **Supreme Court, New York County 60 Centre Street New York, NY 10007** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.13. **Café at 178th LLC et al. v. George Washington Bridge Bus Station Development Venture LLC** 652001/2019 | **Breach of contract** | **Supreme Court, New York County 60 Centre Street New York, NY 10007** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **GEORGE WASHINGTON BRIDGE BUS STATION**
**DEVELOPMENT VENTURE LLC**                    Case number *(if known)*  **19-13196**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.14. **Padilla v. The City of New York** **159235/2019** | **Tort** | **Supreme Court, New York County** **60 Centre Street** **New York, NY 10007** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.15. **Castro v. Port Authority of New York and New Jersey et al.** **24002/2015E** | **Tort** | **Supreme Court, Bronx County** **851 Grand Concourse** **Bronx, NY 10451** | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor  **GEORGE WASHINGTON BRIDGE BUS STATION**
**DEVELOPMENT VENTURE LLC**                    Case number *(if known)*  **19-13196**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Cole Schotz P.C.**<br>**1325 Avenue of the Amercias**<br>**- 19th FL**<br>**New York, NY 10019** | | **various** | **$600,115.50** |
| **Email or website address**<br>**http://www.coleschotz.com/** | | | |
| **Who made the payment, if not debtor?**<br>**Certain payments made by Debtor's**<br>**equity holders** | | | |
| 11.2. **Houlihan Lokey Capital Inc.**<br>**Accounts Receivable**<br>**Department**<br>**10250 Constellation Blvd. -**<br>**5th FL**<br>**Los Angeles, CA 90067** | | **10/7/2019** | **$50,000.00** |
| **Email or website address**<br>**https://hl.com/** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.3. **Sills Cummis & Gross P.C.**<br>**One Riverfront Plaza**<br>**Newark, NJ 07102** | | **various** | **$19,522.08** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC** | Case number *(if known)*  **19-13196** |
|---|---|---|

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **11890 Sunrise Valley Drive - Suite 554 Reston, VA 20191** | **10/7/2016 to 10/6/2019** |
| 14.2. | **104 Brattle Circle Melville, NY 11747** | **10/7/2016 to Present** |
| 14.3. | **4211 Broadway New York, NY 10033** | **10/7/2016 to Present** |

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

      **The Debtor retains certain personally identifiable information regarding its tenants and tenant guarantors.**

      Does the debtor have a privacy policy about that information?
      ■ No
      ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

| Debtor | **GEORGE WASHINGTON BRIDGE BUS STATION** | Case number *(if known)* | **19-13196** |
|---|---|---|---|
| | **DEVELOPMENT VENTURE LLC** | | |

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **CubeSmart**<br>**1376 Cromwell Avenue**<br>**Bronx, NY 10452** | **Miguel A. Rey**<br>**12 Greystone Terrace**<br>**Yonkers, NY 10701**<br><br>**Stephen Winiarski**<br>**104 Brattle Circle**<br>**Melville, NY 11747**<br><br>**Frank Clark**<br>**1100 Brickell Bay Drive -**<br>**Apt 49**<br>**Miami, FL 33131** | **Paper files**<br>**File Cabinets**<br>**Drawing Table** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **GEORGE WASHINGTON BRIDGE BUS STATION**    Case number *(if known)*    **19-13196**
**DEVELOPMENT VENTURE LLC**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Stephen Winiarski**<br>**104 Brattle Circle**<br>**Melville, NY 11747** | **1/2015 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Baker Tilly Virchow Krause, LLP**<br>**6219 Leesburg Pike - Suite 800**<br>**Vienna, VA 22182** | **1/2015 to 9/2018** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. **Cowan Spinosa & Booth LLC**<br>**47 Post Avenue**<br>**Westbury, NY 11590** | **4/2019 to 9/2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.
☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Stephen Winiarski**<br>**104 Brattle Circle**<br>**Melville, NY 11747** | |

Debtor   **GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC**          Case number *(if known)*   **19-13196**

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.2.   **James Hyland**<br>**46 Beacon Hill**<br>**Sparta, NJ 07871** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.   **DVCI CDE X111**<br>**22 East Jackson Street**<br>**Phoenix, AZ 85004** |
| 26d.2.   **GSNMF Sub-CDE 12 LLC**<br>**c/o Goldman Sachs Bank USA**<br>**200 West Street**<br>**New York, NY 10282-2198** |
| 26d.3.   **LIIF Sub-CDE XXVI LLC**<br>**50 California Street - Suite 2900**<br>**San Francisco, CA 94111** |
| 26d.4.   **Upper Manhattan Empowerment Zone**<br>**Development Corp. - Blair Duncan**<br>**55 West 125th Street, 11th Floor**<br>**New York, NY 10027** |
| 26d.5.   **New York City Regional Center**<br>**299 Broadway - Suite 1220**<br>**New York, NY 10007** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Bernard A. Katz** | **626 S. State**<br>**Newtown, PA 18940** | **Manager** | **N/A** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Debtor | GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC | | Case number *(if known)* **19-13196** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Douglas Slayton** | **311 Mill Hill Road<br>Mill Neck, NY 11765** | **Manager** | **March 16, 2006 to September 23, 2019** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Stephen J. Garchik** | **c/o SJM Partners, Inc.<br>11890 Sunrise Valley Drive - Suite 554<br>Reston, VA 20191** | **Manager** | **March 16, 2006 to September 23, 2019** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Marketplace GWB LLC** | **11890 Sunrise Valley Dr - Suite 554<br>Reston, VA 20191** | **Managing Member** | **March 16, 2006 to September 29, 2019** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **GWB Development Partners LLC** | **c/o SJM Partners, Inc.<br>11890 Sunrise Valley Drive - Suite 554<br>Reston, VA 20191** | **Managing Member** | **March 16, 2006 to September 29, 2019** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Stephen McBride** | **7305 Churchill Road<br>Mc Lean, VA 22101** | **Manager** | **March 16, 2006 to September 23, 2019** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No

☑  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Four One Equities LLC<br>33 Flying Point Road - Suite 124<br>Southampton, NY 11968** | **82,499.91** | **11/1/2018<br>11/29/2018<br>12/28/2018<br>2/1/2019<br>3/1/2019<br>4/1/2019<br>5/1/2019<br>5/31/2019<br>7/5/2019** | **Management Fees** |
| | **Relationship to debtor<br>Affiliate of Debtor** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **GEORGE WASHINGTON BRIDGE BUS STATION**
**DEVELOPMENT VENTURE LLC**    Case number *(if known)*  **19-13196**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **GWB Marketplace Management LLC 33 Flying Point Rd. - Suite 124 Southampton, NY 11968** | **88,846.05** | **11/1/2018 11/29/2018 12/28/2018 2/1/2019 3/1/2019 4/1/2019 5/1/2019 5/31/2019 7/5/2019** | **Management Fees** |
| | Relationship to debtor **Manager** | | | |
| 30.3. | **Paul Slayton 1 Shore Avenue - Unit 359 Oyster Bay, NY 11771** | **4,000.00** | **5/31/2019** | **Expense Reimbursement** |
| | Relationship to debtor **Relative of person in control** | | | |
| 30.4. | **Douglas Slayton 311 Mill Hill RD Mill Neck, NY 11765** | **811.33** | **10/26/2018 3/31/2019 5/23/2019 6/25/2019 7/12/2019** | **Expense Reimbursement** |
| | Relationship to debtor **Person in control** | | | |
| 30.5. | **SJM Partners, Inc. 11890 Sunrise Valley Drive - Suite 554 Reston, VA 20191** | **200,633.85** | **12/31/2018 1/3/2019 1/25/2019 4/25/2019 5/31/2019** | **Shared presonnel reimbursement** |
| | Relationship to debtor **Affiliate of Debtor** | | | |
| 30.6. | **Stephen J. Garchik c/o SJM Partners, Inc. 1930 Issac Newton Square West - Suite 207 Reston, VA 20190** | **10,388.55** | **6/6/2019** | **Contemporaneous exchange (reimbursement) for payments made to Upper Manhattan Empowerment Zone Development Corp.** |
| | Relationship to debtor **Person in control** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No
☐  Yes. Identify below.

Debtor  **GEORGE WASHINGTON BRIDGE BUS STATION**
**DEVELOPMENT VENTURE LLC**                              Case number *(if known)*  **19-13196**

**Name of the parent corporation**                      **Employer Identification number of the parent**
                                                        **corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☐ Yes. Identify below.

**Name of the pension fund**                            **Employer Identification number of the parent**
                                                        **corporation**

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 4, 2019**

_____                       **Bernard A. Katz**
Signature of individual signing on behalf of the debtor  Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☐ Yes