UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re George Washington Bridge Bus Station Development Venture LLC       Case No. 19-13196 (SCC)
       Debtor                                                            Reporting Period: 01/01/20 - 01/31/20

                                                                         Federal Tax I.D. # 20-8728685

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and
submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of
the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | x |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | x | |
| Copies of bank statements | | x | |
| Cash disbursements journals | | x | |
| Statement of Operations | MOR-2 | x | |
| Balance Sheet | MOR-3 | x | |
| Status of Post-petition Taxes | MOR-4 | x | |
| Copies of IRS Form 6123 or payment receipt | | n/a | |
| Copies of tax returns filed during reporting period | | n/a | |
| Summary of Unpaid Post-petition Debts | MOR-4 | x | |
| Listing of Aged Accounts Payable | | x | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | |
| Taxes Reconciliation and Aging | MOR-5 | x | |
| Payments to Insiders and Professional | MOR-6 | x | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | x | |
| Debtor Questionnaire | MOR-7 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____                               Date _____

Signature of Authorized Individual _~~Bernd W Katz~~_                      Date 2/20/20

Printed Name of Authorized Individual _BERNARD A. KATZ_                    Date 2/20/20

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

In re GWB Bus Station Development Venture LLC     Case No. 19-13196 (SCC)
Debtor                                            Reporting Period: 01/01/20 - 01/31/20

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | 156,129.30 | 0.00 | 0.00 | 0.02 | 156,129.32 |
| RECEIPTS | | | | | |
| CASH SALES | 9,750.00 | 0.00 | 0.00 | 0.00 | 9,750.00 |
| ACCOUNTS RECEIVABLE - PREPETITION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE - POSTPETITION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LOANS AND ADVANCES | 484,144.00 | 0.00 | 0.00 | 0.00 | 484,144.00 |
| SALE OF ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER (ATTACH LIST) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSFERS (To DIP ACCTS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL RECEIPTS | 493,894.00 | 0.00 | 0.00 | 0.00 | 493,894.00 |
| DISBURSEMENTS | | | | | |
| NET PAYROLL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYROLL TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SALES, USE, & OTHER TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INVENTORY PURCHASES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED/ RENTAL/ LEASES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INSURANCE | 31,301.69 | 0.00 | 0.00 | 0.00 | 31,301.69 |
| ADMINISTRATIVE | 53,322.03 | 0.00 | 0.00 | 0.00 | 53,322.03 |
| SELLING | 1,940.85 | 0.00 | 0.00 | 0.00 | 1,940.85 |
| OTHER (ATTACH LIST) | 235,480.97 | | | | 235,480.97 |
| OWNER DRAW * | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSFERS (TO DIP ACCTS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROFESSIONAL FEES | 140,101.02 | | | | 140,101.02 |
| U.S. TRUSTEE  QUARTERLY FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COURT COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS | 462,146.56 | 0.00 | 0.00 | 0.00 | 462,146.56 |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 31,747.44 | 0.00 | 0.00 | 0.00 | 31,747.44 |
| | | | | | |
| CASH – END OF MONTH | 187,876.74 | 0.00 | 0.00 | 0.02 | 187,876.76 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 462,146.56 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0.00 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 462,146.56 |

In re GWB Bus Station Development Venture LLC    Case No. 19-13196 (SCC)
    Debtor    Reporting Period: 01/01/20 - 01/31/20

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

|  | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
|  | # | # | # | # |
| **BALANCE PER BOOKS** | 187,876.74 | 0.00 | 0.00 | 0.02 |
| BANK BALANCE | 201,892.31 | 0.00 | 0.00 | 0.02 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | 0.00 | 0.00 | 0.00 | 0.00 |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | (14,015.57) | 0.00 | 0.00 | 0.00 |
| OTHER *(ATTACH EXPLANATION)* |  | 0.00 | 0.00 | 0.00 |
| **ADJUSTED BANK BALANCE \*** | 187,876.74 | 0.00 | 0.00 | 0.02 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| Con Edision | 1020 | 92.53 |  |  |
| Con Edision | 1029 | 5,625.61 |  |  |
| Con Edision | 1030 | 282.53 |  |  |
| Con Edision | 1031 | 626.68 |  |  |
| Con Edision | 1032 | 1,126.38 |  |  |
| Con Edision | 1033 | 3,065.56 |  |  |
| Con Edision | 1034 | 225.95 |  |  |
| Con Edision | 1035 | 889.28 |  |  |
| Con Edision | 1036 | 1,740.48 |  |  |
| Con Edision | 1037 | 340.55 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**OTHER**

In re GWB Bus Station Development Venture LLC

**Debtor**

Case No. 19-13196 (SCC)

Reporting Period: 01/01/20 - 01/31/20

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | 438,544.25 | 1,565,170.58 |
| Less: Returns and Allowances | 0.00 | 0.00 |
| Net Revenue | 438,544.25 | 1,565,170.58 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0.00 | 0.00 |
| Add: Purchases | 0.00 | 0.00 |
| Add: Cost of Labor | 0.00 | 0.00 |
| Add: Other Costs *(attach schedule)* | 0.00 | 0.00 |
| Less: Ending Inventory | 0.00 | 0.00 |
| Cost of Goods Sold | 0.00 | 0.00 |
| Gross Profit | 438,544.25 | 1,565,170.58 |
| **OPERATING EXPENSES** | | |
| Advertising | 0.00 | 0.00 |
| Auto and Truck Expense | 0.00 | 0.00 |
| Bad Debts | 0.00 | 0.00 |
| Contributions | 0.00 | 0.00 |
| Employee Benefits Programs | 0.00 | 0.00 |
| Officer/Insider Compensation* | 0.00 | 0.00 |
| Insurance | 31,291.69 | 114,848.29 |
| Management Fees/Bonuses | 15,000.00 | 57,096.77 |
| Office Expense | 34,832.66 | 145,163.48 |
| Pension & Profit-Sharing Plans | 0.00 | 0.00 |
| Repairs and Maintenance | 54,803.25 | 237,529.89 |
| Rent and Lease Expense | 141,500.00 | 141,500.00 |
| Salaries/Commissions/Fees | 0.00 | 5,774.00 |
| Supplies | 1,164.18 | 4,093.86 |
| Taxes - Payroll | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Taxes - Other | 0.00 | 0.00 |
| Travel and Entertainment | 0.00 | 0.00 |
| Utilities | 31,676.35 | 80,446.72 |
| Other *(attach schedule)* | 78,844.97 | 315,727.01 |
| Total Operating Expenses Before Depreciation | 389,113.10 | 1,102,180.02 |
| Depreciation/Depletion/Amortization | 538,945.13 | 2,051,468.56 |
| Net Profit (Loss) Before Other Income & Expenses | (489,513.98) | (1,588,478.00) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | 0.00 | 0.05 |
| Interest Expense | 471,709.18 | 1,793,187.09 |
| Other Expense *(attach schedule)* | | 0.00 |
| Net Profit (Loss) Before Reorganization Items | (961,223.16) | (3,381,665.04) |

In re GWB Bus Station Development Venture LLC      Case No. 19-13196 (SCC)

Debtor      Reporting Period: 01/01/20 - 01/31/20

| REORGANIZATION ITEMS | | |
|---|---:|---:|
| Professional Fees | 565,558.70 | 775,441.16 |
| U. S. Trustee Quarterly Fees | 0.00 | 0.00 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | 0.00 |
| Gain (Loss) from Sale of Equipment | 0.00 | 0.00 |
| Other Reorganization Expenses *(attach schedule)* | 1,940.85 | 21,163.85 |
| Total Reorganization Expenses | 567,499.55 | 796,605.01 |
| Income Taxes | 0.00 | 0.00 |
| Net Profit (Loss) | (1,528,722.71) | (4,178,270.05) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

### OTHER COSTS

| BAK Advisors | 40,183.20 | 164,787.20 |
|---|---:|---:|
| | | |
| | | |
| | | |
| | | |

### OTHER OPERATIONAL EXPENSES

| Fire Watch | 25,736.77 | 84,260.31 |
|---|---:|---:|
| Punch List Related | 8,270.00 | 31,012.50 |
| Server Storage | 0.00 | 29,032.77 |
| General Legal | 4,655.00 | 6,270.50 |
| SBLM Architects | 0.00 | 363.73 |

### OTHER INCOME

| Interest on Savings Account | 0.00 | 0.05 |
|---|---:|---:|
| | | |
| | | |

### OTHER EXPENSES

| | | |
|---|---:|---:|
| | | |
| | | |
| | | |

### OTHER REORGANIZATION EXPENSES

| Selling Advertising Expense | 1,940.85 | 9,913.85 |
|---|---:|---:|
| Environmental Site Assessment Survey | 0.00 | 5,900.00 |
| Real Capital Markets.com | 0.00 | 5,350.00 |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re GWB Bus Station Development Venture LLC _____    Case No. 19-13196 (SCC)
    Debtor    Reporting Period: 01/01/20 - 01/31/20

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| CURRENT ASSETS | as of 01/31/20 | as of 12/31/19 | |
| Unrestricted Cash and Equivalents | 187,901.76 | 156,129.32 | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 212,567.69 | 212,567.69 | |
| Accounts Receivable (Net) | 337,851.07 | 319,836.55 | |
| Notes Receivable | 0.00 | 0.00 | |
| Inventories | 0.00 | 0.00 | |
| Prepaid Expenses | 0.00 | 0.00 | |
| Professional Retainers | 0.00 | 0.00 | |
| Other Current Assets (attach schedule) | 181,895.00 | 181,895.00 | |
| TOTAL CURRENT ASSETS | 920,215.52 | 870,428.56 | |
| PROPERTY & EQUIPMENT | | | |
| Real Property and Improvements | 75,203,547.29 | 75,203,547.29 | |
| Machinery and Equipment | 32,118,220.09 | 32,118,220.09 | |
| Furniture, Fixtures and Office Equipment | 0.00 | 0.00 | |
| Leasehold Improvements | 69,734.12 | 69,734.12 | |
| Vehicles | 0.00 | 0.00 | |
| Less: Accumulated Depreciation | -17,246,244.25 | -16,707,299.12 | |
| TOTAL PROPERTY & EQUIPMENT | 90,145,257.25 | 90,684,202.38 | |
| OTHER ASSETS | | | |
| Amounts due from Insiders* | 0.00 | 0.00 | |
| Other Assets (attach schedule) | 40,730.00 | 40,730.00 | |
| TOTAL OTHER ASSETS | 40,730.00 | 40,730.00 | |
| TOTAL ASSETS | 91,106,202.77 | 91,595,360.94 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | | |
| Accounts Payable | 2,214,720.47 | 1,248,520.50 | |
| Taxes Payable (refer to FORM MOR-4) | 0.00 | 0.00 | |
| Wages Payable | 0.00 | 0.00 | |
| Notes Payable | 2,672,670.00 | 2,188,526.00 | |
| Rent / Leases - Building/Equipment | 274,014.08 | 271,014.08 | |
| Secured Debt / Adequate Protection Payments | 0.00 | 0.00 | |
| Professional Fees | 0.00 | 0.00 | |
| Amounts Due to Insiders* | 0.00 | 0.00 | |
| Other Post-petition Liabilities (attach schedule) | 0.00 | 0.00 | |
| TOTAL POST-PETITION LIABILITIES | 5,161,404.55 | 3,708,060.58 | |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | | |
| Secured Debt | 82,975,287.66 | 83,389,067.09 | |
| Priority Debt | 0.00 | 0.00 | |
| Unsecured Debt | 47,898,700.34 | 47,898,700.34 | |
| TOTAL PRE-PETITION LIABILITIES | 130,873,988.00 | 131,287,767.43 | |
| TOTAL LIABILITIES | 136,035,392.55 | 134,995,828.01 | |
| OWNERS' EQUITY | | | |
| Capital Stock | 0.00 | 0.00 | |
| Additional Paid-In Capital | 6,077,502.40 | 6,077,502.40 | |
| Partners' Capital Account | 0.00 | 0.00 | |
| Owner's Equity Account | 0.00 | 0.00 | |
| Retained Earnings - Pre-Petition | -46,828,422.13 | -46,828,422.13 | |
| Retained Earnings - Post-petition | -4,178,270.05 | -2,649,547.34 | |
| Adjustments to Owner Equity (attach schedule) | 0.00 | 0.00 | |
| Post-petition Contributions (attach schedule) | 0.00 | 0.00 | |
| NET OWNERS' EQUITY | -44,929,189.78 | -43,400,467.07 | |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 91,106,202.77 | 91,595,360.94 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
2/2008
PAGE 1 OF 2

In re GWB Bus Station Development Venture LLC
    Debtor

Case No. 19-13196 (SCC)
Reporting Period: 01/01/20 - 01/31/20

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| 12/31/17 Audit Adjustment - To record Straight Line Rent | 181,895.00 | 181,895.00 | 181,895.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| Utility Deposits | 40,730.00 | 40,730.00 | 38,595.00 |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re GWB Bus Station Development Venture LLC     Case No. 19-13196 (SCC)

     Debtor      Reporting Period: 01/01/20 - 01/31/20

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FICA-Employee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FICA-Employer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unemployment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Federal Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| State and Local | | | | | | |
| Withholding | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Excise | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unemployment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Real Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total State and Local | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | |
| Total Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 0.00 | | | | | |
| Wages Payable | 0.00 | | | | | |
| Taxes Payable | 0.00 | | | | | |
| Rent/Leases-Building | 0.00 | | | | | |
| Rent/Leases-Equipment | 0.00 | | | | | |
| Secured Debt/Adequate Protection Payments | 0.00 | | | | | |
| Professional Fees | 0.00 | | | | | |
| Amounts Due to Insiders | 0.00 | | | | | |
| Other: | 0.00 | | | | | |
| Other: | 0.00 | | | | | |
| Total Post-petition Debts | 0.00 | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

In re GWB Bus Station Development Venture LLC
    Debtor

Case No. 19-13196 (SCC)
Reporting Period: 01/01/20 - 01/31/20

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 319,836.25 |
| Plus: Amounts billed during the period | 431,794.25 |
| Less: Amounts collected during the period | -413,779.43 |
| Total Accounts Receivable at the end of the reporting period | 337,851.07 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | -107,207.38 | | | | |
| 31 - 60 days old | 30,229.93 | | | | |
| 61 - 90 days old | 29,849.07 | | | | |
| 91+ days old | 384,979.45 | | | | |
| Total Accounts Receivable | 337,851.07 | | | | |
| Less: Bad Debts (Amount considered uncollectible) | 0.00 | | | | |
| Net Accounts Receivable | 337,851.07 | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

In re GWB Bus Station Development Venture LLC     Case No. 19-13196 (SCC)
       Debtor            Reporting Period: 01/01/20 - 01/31/20

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| BAK Advisors Inc. | Services | 40,183.20 | 164,787.20 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | 40,183.20 | 164,787.20 |

| PROFESSIONALS - (Court Appointed Only) | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Cole Schotz PC | 1/21/2020 | 169,241.82 | 136,370.02 | 305,098.38 | 470,342.78 |
| Kreisberg & Maitland LLP | 11/19/2019 | 4,655.00 | 3,731.00 | 3,731.00 | 889.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | 173,896.82 | 140,101.02 | 308,829.38 | 471,231.78 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| NYCRC - Phase 1 | 294,500.00 | 413,779.43 | 1,311,584.12 |
| NYCRC - Phase II | 98,166.66 | 0.00 | 370,499.98 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | 413,779.43 | 1,682,084.10 |

* All Fees paid to Weil are accounted for as payments to lender NYCRC Phase I.

In re GWB Bus Station Development Venture LLC

**Debtor**

Case No. 19-13196 (SCC)

Reporting Period: 01/01/20 - 01/31/20

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 Are any post petition payroll taxes past due? | | X |
| 9 Are any post petition State or Federal income taxes past due? | | X |
| 10 Are any post petition real estate taxes past due? | | X |
| 11 Are any other post petition taxes past due? | | X |
| 12 Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 Are any amounts owed to post petition creditors delinquent? | | X |
| 14 Are any wage payments past due? | | X |
| 15 Have any post petition loans been been received by the Debtor from any party? | X | |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

MOR-1 - Disbursements Other

| Date | Transaction Type | Name | Amount | Description |
|------|-----------------|------|--------|-------------|
| 1/2/2020 | Wire | BAK Advisors | 30,000.00 | Independent Manager |
| 1/21/2020 | Wire | The Metro Group | 3,281.11 | Water Treatment |
| 1/21/2020 | Wire | KONE Inc. | 500.00 | Elevator / Escalator |
| 1/21/2020 | Wire | Sirina Fire Protection | 7,005.56 | Fire Protection |
| 1/21/2020 | Wire | Security USA | 10,033.92 | Fire Watch |
| 1/21/2020 | Wire | BAK Advisors | 10,183.20 | Independent Manager |
| 1/21/2020 | Wire | Facility Value | 27,977.18 | Janitorial |
| 1/27/2020 | Wire | Port Authority | 141,500.00 | Rent |
| 1/30/2020 | Wire | Security USA | 5,000.00 | Fire Watch |
| | | | 235,480.97 | |

_Signature_ | SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From January    01, 2020
To    January    31, 2020
Page    1 of    6

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

GEORGE WASHINGTON BRIDGE BUS STATION    8-722
DEVELOPMENT VENTURE LLC
DEBTOR IN POSSESSION CASE#1913196(SCC)
C/O GEORGE OLSEN -NEW YORK CITY REGIONAL
CENTER LLC - 99 HUDSON ST 15TH FL    See Back for Important Information
NEW YORK NY  10013    999

Primary Account: ███████    0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ███████    BANKRUPTCY CHECKING | | 154,988.57 | 199,782.29 |
| RELATIONSHIP | TOTAL | | 199,782.29 |



SIGNATURE BANK

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

GEORGE WASHINGTON BRIDGE BUS STATION      8-722
DEVELOPMENT VENTURE LLC
DEBTOR IN POSSESSION CASE#1913196(SCC)
C/O GEORGE OLSEN -NEW YORK CITY REGIONAL
CENTER LLC - 99 HUDSON ST 15TH FL                    See Back for Important Information
NEW YORK NY  10013              999

Primary Account: ██████████          0

BANKRUPTCY CHECKING          ███████

Summary

| | | |
|---|---|---:|
| Previous Balance as of January   01, 2020 | | 154,988.57 |
| 5 Credits | | 493,894.00 |
| 41 Debits | | 449,100.28 |
| Ending Balance as of   January  31, 2020 | | 199,782.29 |

Deposits and Other Credits

| | | | |
|---|---|---|---:|
| Jan 10 | DEPOSIT | ref# | 3,000.00 |
| Jan 10 | DEPOSIT | ref# | 3,000.00 |
| Jan 10 | DEPOSIT | ref# | 3,750.00 |
| Jan 21 | INCOMING WIRE | | 408,240.00 |

    REF#  20200121B6B7261F00223401211459FT01
    FROM: NEW YORK CITY REGIONAL CENTER LLC  ██████████
    BANK: STERLING NATIONAL BANK
    OBI:  GEORGE WASHINGTON BRIDGE BUSSTATION DEVELOPMENT VENTUR
    OBI:  E, LLCD.I.P. C/O BAK ADVISORS INC.NEWTOWN, PA 18940
    OBI:

| | | |
|---|---|---:|
| Jan 31 | INCOMING WIRE | 75,904.00 |

    REF#  20200131B6B7261F00183301311311FT01
    FROM: NEW YORK CITY REGIONAL CENTER LLC  ██████████
    BANK: STERLING NATIONAL BANK
    OBI:  GEORGE WASHINGTON BRIDGE BUSSTATION DEVELOPMENT VENTUR
    OBI:  E, LLCD.I.P. C/O BAK ADVISORS INC.NEWTOWN, PA 18940
    OBI:

Withdrawals and Other Debits

| | | |
|---|---|---:|
| Jan 02 | OUTGOING WIRE XFER | 15,000.00 |

    REF#  20200102B6B7261F002593
    TO:   GWB MARKETPLACE MANAGEMENT LLC     ██████████
    BANK: JOVIA FINAN FCU

| | | |
|---|---|---:|
| Jan 02 | OUTGOING WIRE XFER | 30,000.00 |

    REF#  20200102B6B7261F002617



SIGNATURE BANK

Statement Period
From January 01, 2020
To January 31, 2020
Page 3 of 6

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

GEORGE WASHINGTON BRIDGE BUS STATION    8-722
DEVELOPMENT VENTURE LLC
DEBTOR IN POSSESSION CASE#1913196(SCC)
C/O GEORGE OLSEN -NEW YORK CITY REGIONAL
CENTER LLC - 99 HUDSON ST 15TH FL        See Back for Important Information
NEW YORK NY  10013           999

Primary Account: ██████           0

| Date | Description | | |
|---|---|---|---|
| | TO:  BAK ADVISORS INC | | |
| | BANK: BK AMER NYC | | |
| Jan 02 | WIRE TRANSFER FEE | | 25.00 |
| | REF#  20200102B6B7261F002593 | | |
| | TO:  GWB MARKETPLACE MANAGEMENT LLC | | |
| | BANK: JOVIA FINAN FCU | | |
| Jan 02 | WIRE TRANSFER FEE | | 25.00 |
| | REF#  20200102B6B7261F002617 | | |
| | TO:  BAK ADVISORS INC | | |
| | BANK: BK AMER NYC | | |
| Jan 13 | AUTOMATED PAYMENT    ck/ref no.  8073998 | | 326.46 |
| | TIME WARNER CABL    CABLE PAY | | |
| Jan 13 | AUTOMATED PAYMENT    ck/ref no.  8073997 | | 785.55 |
| | TIME WARNER CABL    CABLE PAY | | |
| Jan 21 | OUTGOING WIRE XFER | | 500.00 |
| | REF#  20200121B6B7261F003542 | | |
| | TO:  KONE INC | | |
| | BANK: CITIBANK NYC | | |
| Jan 21 | OUTGOING WIRE XFER | | 1,940.85 |
| | REF#  20200121B6B7261F003531 | | |
| | TO:  MERRILL COMMUNICATIONS LLC | | |
| | BANK: BK AMER NYC | | |
| Jan 21 | OUTGOING WIRE XFER | | 3,281.11 |
| | REF#  20200121B6B7261F003440 | | |
| | TO:  THE METRO GROUP INC | | |
| | BANK: FFS BOA FALL RIVER | | |
| Jan 21 | OUTGOING WIRE XFER | | 3,731.00 |
| | REF#  20200121B6B7261F003555 | | |
| | TO:  KREISBERG & MAITLAND LLP | | |
| | BANK: SIGNATURE BANK | | |
| Jan 21 | OUTGOING WIRE XFER | | 3,753.61 |
| | REF#  20200121B6B7261F003571 | | |
| | TO:  MIGUEL REY | | |
| | BANK: MUNICIPAL CU | | |
| Jan 21 | OUTGOING WIRE XFER | | 4,135.00 |
| | REF#  20200121B6B7261F003576 | | |
| | TO:  BEL PALAZZO/ LIBERTY | | |
| | BANK: JPMCHASE | | |
| Jan 21 | OUTGOING WIRE XFER | | 6,472.11 |



SIGNATURE BANK

Statement Period
From January   01, 2020
To   January   31, 2020
Page   4 of   6

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

GEORGE WASHINGTON BRIDGE BUS STATION     8-722
DEVELOPMENT VENTURE LLC
DEBTOR IN POSSESSION CASE#1913196(SCC)
C/O GEORGE OLSEN -NEW YORK CITY REGIONAL
CENTER LLC - 99 HUDSON ST 15TH FL                    See Back for Important Information
NEW YORK NY  10013          999

Primary Account: ███████          0

| Date | Description | | |
|---|---|---|---|
| | REF#  20200121B6B7261F003617 | | |
| | TO:   ENVIROCON FINANCIAL INC | | |
| | BANK: TD BANK, NA | | |
| Jan 21 | OUTGOING WIRE XFER | | 7,005.56 |
| | REF#  20200121B6B7261F003581 | | |
| | TO:   SIRINA FIRE PROTECTION | | |
| | BANK: MFRS BUF | | |
| Jan 21 | OUTGOING WIRE XFER | | 7,558.33 |
| | REF#  20200121B6B7261F003557 | | |
| | TO:   ELITE FACILITIES CONSULTING | | |
| | BANK: JPMCHASE | | |
| Jan 21 | OUTGOING WIRE XFER | | 10,033.92 |
| | REF#  20200121B6B7261F003456 | | |
| | TO:   SECURITY USA | | |
| | BANK: BK AMER NYC | | |
| Jan 21 | OUTGOING WIRE XFER | | 10,183.20 |
| | REF#  20200121B6B7261F003446 | | |
| | TO:   BAK ADVISORS INC | | |
| | BANK: BK AMER NYC | | |
| Jan 21 | OUTGOING WIRE XFER | | 27,977.18 |
| | REF#  20200121B6B7261F003569 | | |
| | TO:   FACILITY VALUE INC | | |
| | BANK: CAPITAL ONE NA | | |
| Jan 21 | WIRE TRANSFER FEE | | 25.00 |
| | REF#  20200121B6B7261F003440 | | |
| | TO:   THE METRO GROUP INC | | |
| | BANK: FFS BOA FALL RIVER | | |
| Jan 21 | WIRE TRANSFER FEE | | 25.00 |
| | REF#  20200121B6B7261F003446 | | |
| | TO:   BAK ADVISORS INC | | |
| | BANK: BK AMER NYC | | |
| Jan 21 | WIRE TRANSFER FEE | | 25.00 |
| | REF#  20200121B6B7261F003456 | | |
| | TO:   SECURITY USA | | |
| | BANK: BK AMER NYC | | |
| Jan 21 | WIRE TRANSFER FEE | | 25.00 |
| | REF#  20200121B6B7261F003531 | | |
| | TO:   MERRILL COMMUNICATIONS LLC | | |
| | BANK: BK AMER NYC | | |



## SIGNATURE BANK

Statement Period
From January   01, 2020
To   January   31, 2020
Page    5 of   6

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

GEORGE WASHINGTON BRIDGE BUS STATION   8-722
DEVELOPMENT VENTURE LLC
DEBTOR IN POSSESSION CASE#1913196(SCC)
C/O GEORGE OLSEN -NEW YORK CITY REGIONAL
CENTER LLC - 99 HUDSON ST 15TH FL
NEW YORK NY  10013            999

See Back for Important Information

Primary Account: ███████            0

| Date | Description | |
|------|-------------|---|
| Jan 21 | WIRE TRANSFER FEE | 25.00 |
| | REF# 20200121B6B7261F003542 | |
| | TO: KONE INC | |
| | BANK: CITIBANK NYC | |
| Jan 21 | WIRE TRANSFER FEE | 25.00 |
| | REF# 20200121B6B7261F003555 | |
| | TO: KREISBERG & MAITLAND LLP | |
| | BANK: SIGNATURE BANK | |
| Jan 21 | WIRE TRANSFER FEE | 25.00 |
| | REF# 20200121B6B7261F003557 | |
| | TO: ELITE FACILITIES CONSULTING | |
| | BANK: JPMCHASE | |
| Jan 21 | WIRE TRANSFER FEE | 25.00 |
| | REF# 20200121B6B7261F003569 | |
| | TO: FACILITY VALUE INC | |
| | BANK: CAPITAL ONE NA | |
| Jan 21 | WIRE TRANSFER FEE | 25.00 |
| | REF# 20200121B6B7261F003571 | |
| | TO: MIGUEL REY | |
| | BANK: MUNICIPAL CU | |
| Jan 21 | WIRE TRANSFER FEE | 25.00 |
| | REF# 20200121B6B7261F003576 | |
| | TO: BEL PALAZZO/ LIBERTY | |
| | BANK: JPMCHASE | |
| Jan 21 | WIRE TRANSFER FEE | 25.00 |
| | REF# 20200121B6B7261F003581 | |
| | TO: SIRINA FIRE PROTECTION | |
| | BANK: MFRS BUF | |
| Jan 21 | WIRE TRANSFER FEE | 25.00 |
| | REF# 20200121B6B7261F003617 | |
| | TO: ENVIROCON FINANCIAL INC | |
| | BANK: TD BANK, NA | |
| Jan 23 | OUTGOING WIRE XFER | 136,370.02 |
| | REF# 20200123B6B7261F001204 | |
| | TO: COLE SCHOTZ P.C. | |
| | BANK: BK AMER NYC | |
| Jan 23 | WIRE TRANSFER FEE | 25.00 |
| | REF# 20200123B6B7261F001204 | |
| | TO: COLE SCHOTZ P.C. | |



**SIGNATURE BANK**

Statement Period
From January   01, 2020
To   January   31, 2020
Page   6 of   6

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

GEORGE WASHINGTON BRIDGE BUS STATION      8-722
DEVELOPMENT VENTURE LLC
DEBTOR IN POSSESSION CASE#1913196(SCC)
C/O GEORGE OLSEN -NEW YORK CITY REGIONAL
CENTER LLC - 99 HUDSON ST 15TH FL                       See Back for Important Information
NEW YORK NY  10013               999

Primary Account: ██████████            0

| Date | Description | | | |
|---|---|---|---|---|
| | BANK: BK AMER NYC | | | |
| Jan 27 | OUTGOING WIRE XFER | | | 141,500.00 |
| | REF# 20200127B6B7261F002021 | | | |
| | TO:  THE PORT AUTHORITY OF | | | |
| | BANK: TD BANK, NA | | | |
| Jan 28 | AUTOMATED PAYMENT | ck/ref no. | 9694295 | 31,301.69 |
| | BANKDIRECT CAPIT   WEB PMTS | 904VTC | | |
| Jan 30 | OUTGOING WIRE XFER | | | 5,000.00 |
| | REF# 20200130B6B7261F003025 | | | |
| | TO:  SECURITY USA | | | |
| | BANK: BK AMER NYC | | | |
| Jan 30 | WIRE TRANSFER FEE | | | 25.00 |
| | REF# 20200130B6B7261F003025 | | | |
| | TO:  SECURITY USA | | | |
| | BANK: BK AMER NYC | | | |

Checks by Serial Number

| Jan 03 | 1018 | 730.00 | Jan 07 | 1024 | 79.30 |
|---|---|---|---|---|---|
| Jan 07 | 1019 | 264.27 | Jan 08 | 1025 | 45.20 |
| Jan 08 | 1023 * | 725.92 | | | |

* Indicates break in check sequence

Daily Balances

| Dec 31 | 154,988.57 | Jan 21 | 438,100.00 |
|---|---|---|---|
| Jan 02 | 109,938.57 | Jan 23 | 301,704.98 |
| Jan 03 | 109,208.57 | Jan 27 | 160,204.98 |
| Jan 07 | 108,865.00 | Jan 28 | 128,903.29 |
| Jan 08 | 108,093.88 | Jan 30 | 123,878.29 |
| Jan 10 | 117,843.88 | Jan 31 | 199,782.29 |
| Jan 13 | 116,731.87 | | |

Case 19-13196-scc    Doc 207    Filed 02/21/20    Entered 02/21/20 17:11:31    Pg 19 of 22

*J.P.Morgan*

Primary Account: ███████████

For the Period 1/1/20 to 1/31/20

**DEPOSITS BY MAIL**

**The sixth sentence of the first paragraph of the section titled "Credits for Deposits" in the General Account Terms and Conditions of the Deposit Account Agreement in both the Combined Terms and Conditions and the International Combined Terms and Conditions shall be deleted and replaced with the following:**

We will not accept cash deposits by mail. Check deposits made by mail should be addressed to: National Bank By Mail, PO BOX 6185, Westerville, OH 43086. All deposits made by mail and addressed to any other Bank location may be forwarded to the National Bank By Mail facility in Westerville, Ohio, and will be considered received on the date the deposit is received by that facility.

## Consolidated Summary

| Assets | Account Number | Prior Period Value | Current Period Value | Change In Value |
|---|---|---|---|---|
| **Checking** | | | | |
| JPMorgan Classic Business Checking | ██████ | 2,110.00 | 2,110.00 | 0.00 |
| **Savings** | | | | |
| JPMorgan Business Savings | ██████ | 0.02 | 0.02 | 0.00 |
| **Total Assets** | | **$2,110.02** | **$2,110.02** | **$0.00** |

J.P.Morgan

Main Docum
Entered 02/21/20 17:11:31
Pg 20 of 22
Filed 02/21/20
Doc 207
19-13196-scc



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

**Primary Account:** ▬▬▬▬▬▬
**For the Period 1/1/20 to 1/31/20**

00004869 DPB 802 212 03220 NNNNNNNNNNN  1 000000000 66 0000
GEORGE WASHINGTON BRIDGE BUS STATION
DEVELOPMENT VENTURE LLC
65 WOODLAWN ROAD - HYLAND
SPARTA NJ  07871-2027



# Banking Account(s)

| Table of Contents | Page |
| --- | --- |
| Consolidated Summary | 2 |
| JPMorgan Classic Business Checking | 5 |
| JPMorgan Business Savings | 9 |

### J.P. Morgan Team

| | |
| --- | --- |
| Client Service | (844) 275-5369 |
| Anthony Fontanez | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |

Online access:  **www.jpmorganonline.com**



Effective on the dates indicated below, the following are amendments to your *Combined Terms and Conditions* ("Combined Terms and Conditions") and/or *International General Terms for Accounts and Services Account Agreements* ("International Combined Terms and Conditions"), and may contain additional information about the features of your accounts.

Unless indicated below, all other terms and conditions of your Combined Terms and Conditions and/or International Combined Terms and Conditions still apply. Please contact your J.P. Morgan team if you have any questions about these changes or would like additional information.

**Effective April 30, 2020**

**OFFSHORING**

**A new section titled "Offshoring" shall be added after section 24 of the General Terms of Accounts and Services of the Combined Terms and Conditions and section 24 of the General Terms for Accounts and Services of the International Combined Terms and Conditions. All subsequent sections will be renumbered accordingly. This new section shall read as follows:**

Offshoring

Subject to applicable laws, processing of your confidential information may be performed under this Agreement by any Morgan Affiliate, including affiliates, branches and units located in any country in which we conduct business or have a service provider. In addition, J.P. Morgan may perform certain services and functions outside the United States that are indirect, ancillary, redundant back-up, back office, exception processing or services that are incidental to the performance of this Agreement. You authorize J.P. Morgan to transfer client information to such affiliates, branches and units at such locations as J.P. Morgan deems appropriate. For business resiliency purposes and disaster recovery services subject to J.P. Morgan's cybersecurity and privacy policies, certain services and functions may be performed outside of the United States. J.P. Morgan reserves the right to store, access, view or process any data wherever it deems appropriate for the services J.P. Morgan provides.

**Effective May 1, 2020**

**FOREIGN CURRENCY TRANSFERS**

**The second paragraph of section 4 of the Appendix: Other Banking Services Relating to Accounts of both the Combined Terms and Conditions and the International Combined Terms and Conditions shall be revised to read as follows:**

We are not required to accept for deposit items that are drawn on a non-U.S. bank or payable in a foreign currency. We may accept those items on a collection basis without your specific instruction to do so. We can reverse any amount we've added to your balance and send the item on a collection basis even after we've taken physical possession of the items. Our Funds Availability Policy does not apply to any foreign item, whether we accept it for deposit or on a collection basis. The actual



amount you receive for items payable in foreign currency will be determined at the exchange rate for such items that is in effect when we are paid for the item. If an item is returned later for any reason, we will subtract the amount of the item and any charges from other banks from your balance. We will use the applicable exchange rate in effect at the time of the return, which may be different from the exchange rate originally used for the deposit.

## INTEREST

**A new sentence shall be added at the end of the second paragraph of the section titled "Interest: Checking and Savings Accounts" in the Deposit Account Agreement of both the Combined Terms and Conditions and the International Combined Terms and Conditions, and shall read as follows:**

Interest will cease accruing on the date you instruct the Bank, or the Bank notifies you, to close your Account, up to and including the date the funds are withdrawn or transferred from the Account.

**In addition, a new sentence shall be added after the first sentence of the section titled "Closing Your Account" in the Deposit Account Agreement of both the Combined Terms and Conditions and the International Combined Terms and Conditions, and shall read as follows:**

Interest will cease accruing on the date you instruct the Bank, or the Bank notifies you, to close your Account, up to and including the date the funds are withdrawn or transferred from the Account.

## EARLY WITHDRAWAL PENALTY

**The section titled "Early Withdrawal Penalties" in the Deposit Account Agreement of both the Combined Terms and Conditions and the International Combined Terms and Conditions shall be revised to read as follows:**

**Early Withdrawal Penalties. There is a penalty for withdrawing principal prior to the maturity date.** If the term of the CD is less than 6 months, the early withdrawal penalty is calculated as 90 days of interest on the principal amount withdrawn. If the term of the CD is 6 months to less than 24 months, the early withdrawal penalty is calculated as 180 days of interest on the principal amount withdrawn. For terms 24 months or more, the early withdrawal penalty is calculated as 365 days of interest on the principal amount withdrawn. For all these early withdrawal penalty calculations, the early withdrawal penalty charged will not exceed the total accrued interest earned in the current term less any prior early withdrawal penalty charged during the current term. The amount of your penalty will be deducted from principal. If the withdrawal occurs less than seven (7) days after account opening or a previous withdrawal of principal, the amount of the early withdrawal penalty will be calculated as we described above, but it cannot be less than 7 days' interest. The amount of your penalty will be deducted from principal.

We will waive early withdrawal penalties under the circumstances described below, unless the withdrawal occurs less than seven days after the account was opened or a previous withdrawal was made:

• Death of a CD owner or a grantor of a revocable family/living trust;

• Disability of a CD owner;

• Court determination that a CD owner is incompetent;

• Re-titling of a CD to transfer ownership of funds into a living trust without moving funds from the Bank and where no change in term or rate occurs; and

• For No-Penalty CDs which we may make available for designated term(s) and deposit amount(s) set forth on the rate sheet provided when the CD is opened.

