**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Ryan T. Jareck
Mark Tsukerman
Rebecca W. Hollander
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC,[1] | Case No. 19-13196 (SCC) |
| Debtor. | |

**NOTICE OF CANCELLATION OF**
**FEBRUARY 25, 2020 HEARING**

Please be advised that the hearing scheduled to proceed before the Honorable Shelley C. Chapman on February 25, 2020 at 9:30 a.m. has been cancelled. The status of the items previously scheduled to be heard is set forth below.

Copies of each pleading identified below can be viewed and/or obtained by accessing the Court's website at www.nysb.uscourts.gov or by contacting the Office of the Clerk of the Court at the United States Bankruptcy Court for the Southern District of New York.

---

[1] The last four digits of the debtor's federal taxpayer identification number are 8685. The debtor's business address is 626 South State Street, Newton, Pennsylvania 18940.

48036/0050-19860250v1

**MATTERS NOT GOING FORWARD**

1. Derek Wortham's Motion to Lift the Automatic Stay [Docket No. 107]. Certificate of Service [Docket No. 108].

   Objection Deadline:    February 18, 2020, at 4:00 p.m. (Eastern Time).

   Objection Filed:    None.

   Related Documents:    Notice of Adjournment of Hearing on Derek Wortham's Motion for Relief from the Automatic Stay [Docket No. 123].

   Notice of Change of Time for Hearing on Derek Wortham's Motion for Relief from the Automatic Stay [Docket No. 193].

   Status:    **Agreed proposed order submitted to Chambers.**

2. Debtor's Motion for Order Extending the Debtor's Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptance Thereof [Docket No. 168]. Certificate of Service [Docket No. 192]. Certification of No Objection [Docket No. 211].

   Objection Deadline:    February 18, 2020, at 4:00 p.m. (Eastern Time).

   Objection Filed:    None.

   Related Documents:    None.

   Status:    **The Court will consider this matter on the papers.**

3. The Port Authority of New York and New Jersey's Submission Concerning Enforcement of Its Cure and Indemnification Rights Under the Lease Between It and Debtor [Docket No. 170]. Certificate of Service [Docket No. 179].

   Opposition Deadline:    February 20, 2020, at 4:00 p.m. (Eastern Time).

   Opposition Filed:    See below.

   Related Documents:    Stipulated Order Regarding Adjudication of "Cure" and Indemnification Disputes [Docket No. 165].

   Declaration of Christine A. Okike [Docket No. 171]. Certificate of Service [Docket No. 179].

   Debtor's Opening Brief Under that Certain Stipulated Order Regarding Adjudication of "Cure" and Indemnification Disputes [Docket No. 172]. Certificate of Service [Docket No. 187].

> Declaration of Ryan T. Jareck filed by Ryan T. Jareck on behalf of George Washington Bridge Bus Station Development Venture LLC [Docket No. 175]. Certificate of Service [Docket No. 187].
>
> Opening Brief of Tutor Perini Building Corp. Regarding "Cure" and Indemnification Disputes [Docket No. 173]. Certificate of Service [Docket No. 181] and Amended Certificate of Service [Docket No. 182].
>
> New York Regional Center, LLC's Memorandum of Law and Fact Regarding Ground Lease Cure and Indemnification Claims [Docket No. 174]. Certificates of Service [Docket Nos. 184 and 185].
>
> Declaration of David J. Lender in Support of New York City Regional Center, LLC's Memorandum of Law and Facts Regarding Ground Lease Cure and Indemnification Claims [Docket No. 176]. Certificates of Service [Docket Nos. 184 and 185].
>
> New York City Regional Center, LLC's Responsive Brief Regarding Ground Lease Cure and Indemnification Claims [Docket No. 194]. Certificate of Service [Docket No. 201].
>
> The Port Authority of New York and New Jersey's Response Submission Concerning Enforcement of Its Cure and Indemnification Rights Under the Lease Between It and Debtor [Docket No. 195]. Certificate of Service [Docket No. 200].
>
> Declaration of Christine A. Okike [Docket No. 197]. Certificate of Service [Docket No. 200].
>
> Debtor's Responsive Brief Under that Certain Stipulated Order Regarding Adjudication of "Cure" and Indemnification Disputes [Docket No. 196]. Certificate of Service [Docket No. 199].
>
> Tutor Perini Building Corp.'s Omnibus Reply Regarding Cure and Indemnification Issues [Docket No. 198]. Certificate of Service [Docket No. 209].

Status:    **The Debtor, in consultation with the various parties-in-interest, will submit a revised hearing schedule as soon as practicable.**

Dated: February 24, 2020    Respectfully Submitted,
      New York, New York

                                         **COLE SCHOTZ P.C.**

                                         By: */s/ Ryan T. Jareck*
                                              Michael D. Sirota
                                              Warren A. Usatine
                                              Ryan T. Jareck
                                              Mark Tsukerman
                                              Rebecca W. Hollander
                                              1325 Avenue of the Americas, 19th Fl.
                                              New York, New York 10019
                                              Telephone: (212) 752-8000

                                         *Counsel to the Debtor and Debtor in Possession*