**COLE SCHOTZ P.C.**
Michael D. Sirota
Ryan T. Jareck
Mark Tsukerman
Rebecca W. Hollander
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
(212) 752-8000
(212) 752-8393 Facsimile

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-13196 (DSJ) |

## NOTICE OF CANCELLATION OF APRIL 21, 2021 AUCTION

**PLEASE TAKE NOTICE** that pursuant to that certain *Order Granting Debtor's Supplemental Motion for an Order (I) Approving Stalking Horse Bidder, (II) Authorizing Bid Protections, and (III) Granting Related Relief* [Docket No. 490] (the "**Bid Protections Order**")[2] the Bid Deadline was April 20, 2021 at 4:00 p.m. EST.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bid Protections Order, an Auction was scheduled, if required, for April 21, 2021 at 10:00 a.m. EST.

---

[1] The last four digits of the debtor's federal taxpayer identification number are 8685. The debtor's business address is 626 South State Street, Newton, Pennsylvania 18940.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bid Protections Order.

**PLEASE TAKE FURTHER NOTICE** that no bids were received prior to the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE** that, in light of the fact that no bids were received prior to the Bid Deadline, the Auction has been cancelled.

Dated: April 21, 2021  
       New York, New York

**COLE SCHOTZ P.C.**

By:   */s/ Rebecca W. Hollander*
     Michael D. Sirota
     Ryan T. Jareck
     Mark Tsukerman
     Rebecca W. Hollander
     1325 Avenue of the Americas, 19th Fl.
     New York, New York 10019
     Telephone: (212) 752-8000

*Counsel to the Debtor and*
*Debtor in Possession*